**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LAVIE CARE CENTERS, LLC, *et al.*[1] | ) Case No. 24-55507 (   ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASES

The above-captioned cases were voluntarily filed on June 2, 2024 under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") believe that these cases qualify as Complex Chapter 11 Cases because:

__X__  The Debtors have total debt or total assets of more than $25 million, excluding claims of insiders (as defined in 11 U.S.C. § 101);

__X__  There are more than 100 parties in interest in this case, excluding former and current employees;

_____  Claims against or interests in the Debtors are publicly traded; or

_____  Other (substantial explanation is required—attach additional sheets if necessary); and

__X__  The Debtors are not individuals; and

__X__  The Debtors do not own single asset real estate, or they do own single asset real estate but treatment as a Complex Chapter 11 Case is justified (attach explanation explaining the circumstances).

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

| | |
|---|---|
| Dated: Atlanta, Georgia<br>June 2, 2024 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Daniel M. Simon*<br>Daniel M. Simon (Georgia Bar No. 690075)<br>1180 Peachtree St. NE, Suite 3350<br>Atlanta, Georgia 30309<br>Telephone:  (404) 260-8535<br>Facsimile:  (404) 393-5260<br>Email:  dsimon@mwe.com<br><br>- and -<br><br>Emily C. Keil (*pro hac vice* pending)<br>Jake Jumbeck (*pro hac vice* pending)<br>Catherine Lee (*pro hac vice* pending)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone:  (312) 372-2000<br>Facsimile:  (312) 984-7700<br>Email:  ekeil@mwe.com<br>              jjumbeck@mwe.com<br>              clee@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |