**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAVIE CARE CENTERS, LLC, *et al.*[1] | ) | Case No. 24-55507 (PMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17** |

## AGENDA FOR FIRST DAY HEARING

**Time and Date of Hearing:**     June 4, 2024 at 1:30 p.m. (prevailing Eastern Time)

**Location of In-Person Hearing:**     The Honorable Paul M. Baisier
United States Bankruptcy Court for the
Northern District of Georgia
**Lewis R. Morgan Federal Building and United States Courthouse**
**2nd Floor Courtroom**[2]
**18 Greenville Street**
**Newnan, Georgia 30263**

**Location of Virtual Hearing:**     Parties participating in the hearing virtually may do so by using the following link:

https://www.zoomgov.com/j/1617069079?pwd=WG16TGpyM1Z6dFZ6YVlrUkZwQ2RiZz09

Phone Number: 833-568-8864
Meeting ID: 161 706 9079

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

[2] **Please note that, due to extenuating circumstances, the hearing is scheduled to be held at the Lewis R. Morgan Federal Building and United States Courthouse in Newnan, Georgia, instead of the Richard B. Russell Federal Building and United States Courthouse in Atlanta, Georgia.**

| | |
|---|---|
| **Copies of First Day Pleadings:** | A copy of each first day pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC at https://www.kccllc.net/LaVie. Further information may be obtained by using the "Submit an Inquiry" function at https://www.kccllc.net/LaVie/inquiry. |

**I.     Introduction**

1.   ***First Day Declaration***.  Declaration of M. Benjamin Jones in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17]

**II.    Matters Requested to be Heard at First Day Hearing**

2.   ***Consolidated Creditor Motion.*** Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, (III) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases, and (IV) Authorizing the Debtors to File Their Monthly Operating Reports on a Consolidated Basis [Docket No. 4]

3.   ***Claims Agent Retention Application.*** Debtors' Emergency Application for Entry of Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Claims, Noticing, Solicitation, and Administrative Agent Effective as of the Petition Date [Docket No. 5]

4.   ***Schedules & Statements Extension Motion.***  Debtors' Emergency Motion for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 6]

5.   ***Resident Confidentiality Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Implementation of Procedures to Maintain and Protect Confidential Health Information as Required by Applicable Privacy Rules and (II) Granting Related Relief [Docket No. 7]

6.   ***Refund Programs Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Continue Resident Programs and Honor Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 8]

7.   ***Resident Care Vendor Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Payment of Prepetition Obligations Owed to Resident Care Vendors [Docket No. 9]

8. ***Insurance Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Debtors to (I) Maintain Existing Insurance Policies and Surety Bonds and Pay Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies and Surety Bonds; and (III) Granting Related Relief [Docket No. 10]

9. ***Taxes Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes, Fees, and Related Obligations and (II) Granting Related Relief [Docket No. 11]

10. ***Utilities Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Providers; and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service [Docket No. 12]

11. ***Wages & Benefits Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Compensation, and Employee Benefits, (II) Continue Certain Employee Benefit Programs in the Ordinary Course, and (III) Granting Related Relief [Docket No. 13]

12. ***Cash Management Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Maintain Purchasing Card Program and Honor Prepetition Obligations Related Thereto, and (D) Continue to Perform Intercompany Transactions; (II) Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 14]

13. ***DIP Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 15]

    a. ***DIP Declaration.*** Declaration of Michael Krakovsky in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 16]

*[Remainder of Page Intentionally Left Blank]*

Dated: Atlanta, Georgia
       June 3, 2024

**MCDERMOTT WILL & EMERY LLP**

<u>/s/ Daniel M. Simon</u>
Daniel M. Simon (Georgia Bar No. 690075)
1180 Peachtree St. NE, Suite 3350
Atlanta, Georgia 30309
Telephone:   (404) 260-8535
Facsimile:    (404) 393-5260
Email:        dsimon@mwe.com

- and -

Emily C. Keil (*pro hac vice* pending)
Jake Jumbeck (*pro hac vice* pending)
Catherine Lee (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700
Email:        ekeil@mwe.com
                  jjumbeck@mwe.com
                  clee@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*