

**IT IS ORDERED as set forth below:**

**Date: June 3, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **LAVIE CARE CENTERS, LLC, ET AL.,**[1] | CASE NO. 24-55507-PMB |
| Debtors. | (Jointly Administered) |

## ORDER OF ADMISSION PRO HAC VICE

The Court having read the *Application for Admission Pro Hac Vice* filed by Nathan M. Bull (the "Applicant") in the above-styled case on June 3, 2024 (Docket No. 28)(the "Application"), and it appearing that the Applicant meets the requirements of Bankruptcy Local Rule 9010-2 (N.D.Ga.), it is

**ORDERED** that the Application be, and the same hereby is, **GRANTED**.

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, *see* Case Nos. 24-55504 through 24-55787, which the Court ordered jointly administered under the above caption (Docket No. 20) at the Debtors' request (Docket No. 3). A complete list of the jointly administered Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

The Clerk's Office is directed to serve a copy of this Order upon Nathan M. Bull, Daniel M. Simon (designated local counsel), the United States Trustee, and all parties requesting notices in this case.

**[END OF DOCUMENT]**