## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LAVIE CARE CENTERS, LLC,** *et al.*,[1] | ) | **Case No. 24-55507 (PMB)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

### APPLICATION FOR AN ORDER AUTHORIZING THE
### RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC.
### AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS EFFECTIVE AS OF JUNE 17, 2024

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby moves the Court for entry of an order under section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") approving this application (the "Application") and authorizing the employment and retention of FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), as financial advisors for the Committee. In support of this Application, the Committee relies on the Declaration of Clifford Zucker (the "Zucker Declaration"), filed contemporaneously herewith and attached hereto as **Exhibit B**, and respectfully states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue of these proceedings and this Application is proper in this district pursuant

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

to 28 U.S.C. § 1408.

3.      The predicates for the relief sought herein are Bankruptcy Code sections 328(a) and 1103(a) and Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**<u>Background</u>**

**A.  General Background**

4.      On June 2, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request for appointment of a trustee or examiner has been made in these chapter 11 cases.

5.      On June 13, 2024, the Office of the United States Trustee for Region 21 (the "U.S. Trustee") filed the Notice of Appointment of Committee of Unsecured Creditors [Docket No. 112]. The Committee members are: (i) Healthcare Services Group, Inc.; (ii) Omnicare, Inc.; (iii) Twin Med, LLC; (iv) ShiftMed, LLC; (v) CBD Services USA, LLC; (vi) Amidon Nurse Staffing; (vii) Healthcare Negligence Settlement Recovery Corp.; (viii) the Estate of Nancy Walsh; and (ix) Theodore Horrobin.

6.      On June 17, 2024, the Committee selected FTI as its financial advisor.

**B.  FTI's Qualifications**

7.      FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many of the world's largest public companies and majorities of the twenty-five largest banks and one-hundred largest law firms in the world. FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and

2

identification of reorganization alternatives.

       8.     The Committee is familiar with FTI's professional standing and reputation. FTI has considerable experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for the results it has obtained for debtors and creditors in chapter 11 cases throughout the United States. The Committee requires FTI's services to enable it to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully. Finally, FTI is well qualified and able to represent the Committee in a cost-effective, efficient, and timely manner.

**C. Services to be Rendered**

       9.     FTI will provide such financial advisory services to the Committee and its legal advisor as they deem appropriate and feasible to advise the Committee in the course of these chapter 11 cases, including, but not limited to, the following:

- Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral;

- Assistance with the assessment and monitoring of the Debtors' short term cash flow, liquidity, and operating results;

- Assistance with the review of the Debtors' proposed employee compensation and benefits programs;

- Assistance with the review of the Debtors' potential disposition or liquidation of both core and non-core assets;

- Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

- Assistance with the review of the Debtors' identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

- Assistance in the review and monitoring of the asset sale process, including, but not limited

to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

- Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

- Assistance in the review of the claims reconciliation and estimation process;

- Assistance in the review of other financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

- Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

- Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

### D. FTI's Eligibility for Employment

10.    FTI has informed the Committee that, to the best of FTI's knowledge, information, and belief, other than as set forth in the Zucker Declaration, FTI: (a) has no connection with the Debtors, their creditors, their equity security holders, or other parties in interest or their respective attorneys or accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any United States district judge or bankruptcy judge in this district in any matter related to the Debtors or their estates; (b) does not hold any interest adverse to the Debtors' estates; and (c)

believes that it is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). FTI has not provided, and will not provide, any professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases. If any new material facts or relationships are discovered or arise, FTI will inform the Court as required by Bankruptcy Rule 2014(a).

11.     FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

**E.  Terms of Retention**

12.     FTI is not owed any amounts with respect to pre-petition fees and expenses.[2]

13.     The Committee understands that FTI intends to apply to the Court for allowances of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia, orders of this Court, and guidelines established by the United States Trustee.

14.     FTI seeks to be compensated on an hourly-fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred by FTI related to FTI's retention or preparation of fee applications in these cases, subject to Court approval. FTI understands that interim and final fee awards are subject to approval by this Court.

15.     The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to these cases are as follows and are subject to a cap and discounts as agreed to by FTI and the Committee:

---

2 Refer to the Zucker Declaration regarding the waiver of fees owed in connection with the CMC II bankruptcy.

| United States | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $1,095 - 1,495 |
| Directors / Senior Directors / Managing Directors | 825 - 1,110 |
| Consultants / Senior Consultants | 450 -   790 |
| Administrative / Paraprofessionals | 185 -   370 |

16.    FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these chapter 11 cases. In the event FTI seeks reimbursement for attorneys' fees during the term of the Debtors' chapter 11 cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under Bankruptcy Code section 327.

17.    FTI believes that the foregoing fee structure and terms are reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

**F.  Indemnification**

18.    In addition to the foregoing, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

    a.    subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

    b.    the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled

prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

c.   if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

The Committee believes that indemnification is customary and reasonable for financial advisors in chapter 11 proceedings. *See In re Joan & David Halpern, Inc.*, 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

**Relief Requested**

19.     By this Application, the Committee seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to employ and retain FTI as its financial advisor pursuant to Bankruptcy Code section 1103.

**Basis for Relief Requested**

20.     The Committee seeks approval of the Application pursuant to Bankruptcy Code section 1103. Bankruptcy Code section 1103(a) provides, in relevant part, that a creditors' committee, with the Court's approval, "may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a). The employment of FTI and its professionals by the Committee are reasonable and in line with the terms and conditions typical for engagements of this size and character. Because the Committee will require substantial assistance with these

chapter 11 cases, it is reasonable for the Committee to seek to employ and retain FTI to serve as its financial advisor on the terms and conditions in this Application.

21.    Bankruptcy Code section 328(a) provides, in relevant part, that the Committee "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

22.    FTI's fee structure is fair and reasonable in light of the services being provided and commensurate with the fee structures  generally offered by firms of similar stature to FTI for comparable engagements.  In addition,  given the numerous issues FTI may need to address during these chapter 11 cases, FTI's commitment to the variable level of time and effort  necessary to address all such related issues as they arise, and the market prices for FTI's services  for engagements of this nature in an out-of-court context, the Committee has determined that the FTI fee arrangement is fair and reasonable.

23.    Finally, to the best of the Committee's knowledge, information, and belief, FTI does not have any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Further, the Committee understands that FTI believes it is disinterested because, to the best of FTI's knowledge, information, and belief, FTI has no connection with the Debtors, their creditors, or any other party-in-interest, except as disclosed in the Zucker Declaration.

**<u>No Duplication of Services</u>**

24.    The services that FTI will provide to the Committee will be appropriately directed

by the Committee and its counsel so as to avoid duplication of efforts among the other professionals retained in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee and other professionals employed by the Committee to avoid duplication of services. The Committee believes that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

**No Prior Request**

25.     No prior Application for the relief requested herein has been made to this or any other Court.

**Notice**

26.     Notice of this Application has been given to (a) the U.S. Trustee; (b) the Internal Revenue Service; (c) the United States Attorney for the Northern District of Georgia; (d) the Attorney General for the State of Georgia; (e) the Georgia Department of Revenue; (f) the Centers for Medicare and Medicaid Services; (g) the states attorneys general for states in which the Debtors conduct business; (h) counsel to the Debtors' prepetition lenders; (i) counsel to the DIP Lenders; (j) proposed counsel to the Debtors; and (k) all parties entitled to notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Committee submits that no further notice is required.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, effective as of June 17, 2024, and grant such further relief as is just and proper.

Dated: July 17, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 */s/ Francis J. Lawall*
Matthew R. Brooks (GA ID #378018)
Pierce E. Rigney (GA ID No. 656946)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Email: matthew.brooks@troutman.com
         pierce.rigney@troutman.com

- and –

Francis J. Lawall (PA ID #43932)
(admitted *pro hac vice*)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215.981.4481
E-mail: francis.lawall@troutman.com

- and-

Deborah Kovsky-Apap (NY ID #4270096)
(admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Email: deborah.kovsky@troutman.com

Proposed Counsel for the Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

This is to certify that on July 17, 2024, all ECF participants registered in this case were served electronically with the *Application for an Order Authorizing The Retention and Employment of FTI Consulting, Inc. as Financial Advisor to The Official Committee of Unsecured Creditors Effective as of June 17, 2024* **(the "Application")** through the Court's ECF system at their respective email addresses registered with the Court.

I further certify that on July 17, 2024, I caused true and correct copies of the Application to be served by United States first class mail, postage prepaid, to the attached service list.

Dated:      July 17, 2024                    **TROUTMAN PEPPER HAMILTON SANDERS LLP**

                                         */s/ Francis J. Lawall*
                                         Matthew R. Brooks (GA ID #378018)
                                         Pierce E. Rigney (GA ID No. 656946)
                                         600 Peachtree Street, NE, Suite 3000
                                         Atlanta, GA 30308
                                         Telephone: 404.885.3000
                                         Email: matthew.brooks@troutman.com
                                                pierce.rigney@troutman.com
                                         - and –
                                         Francis J. Lawall (PA ID #43932)
                                         (admitted *pro hac vice*)
                                         3000 Two Logan Square
                                         Eighteenth and Arch Streets
                                         Philadelphia, PA 19103-2799
                                         Tel: 215.981.4481
                                         E-mail: francis.lawall@troutman.com
                                         - and-
                                         Deborah Kovsky-Apap (NY ID #4270096)
                                         (admitted *pro hac vice*)
                                         875 Third Avenue
                                         New York, NY 10022
                                         Telephone: 212.704.6000
                                         Email: deborah.kovsky@troutman.com
                                         Proposed Counsel for the Official Committee of
                                         Unsecured Creditors

300144240v1

## SERVICE LIST

See attached.

SERVICE BY FIRST CLASS MAIL

| Description | Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Accurate Healthcare Professionals | | 2221 Buechel Ave, Suite 1 | | | Louisville | KY | 40218 |
| Counsel to American Federation of State, County & Municipal Employees, AFL-CIO (AFSCME) | American Federation of State, County & Municipal Employees, AFL-CIO | Matthew Stark Blumin, Office of General Counsel | 1101 17th Street NW, Suite 900 | | | Washington | DC | 20036 |
| Top 30 Creditor | Amidon Nurse Staffing, LLC | Eli Schick | 1732 Kingsley Avenue, Suite 1 | | | Orange Park | FL | 32073 |
| Top 30 Creditor | Amidon Nurse Staffing, LLC | | PO Box 436 | | | Malverne | NY | 11565 |
| Counsel for Claimants and Interested Parties | Anthony and Partners, LLC | John Anthony | 100 S. Ashley Drive, Suite 1600 | | | Tampa | FL | 33602 |
| Counsel to Jacksonville Nursing Home, Ltd. | Baker Donelson Bearman Caldwell & Berkowitz, PC | Kathleen G Furr | 3414 Peachtree Road, N.E., Suite 1500 | Monarch Plaza | | Atlanta | GA | 30326 |
| Counsel to Empirian Health, LLC | Burr & Forman LLP | Derek F Meek | 420 North 20th Street, Suite 3400 | | | Birmingham | AL | 35203 |
| Counsel to Healthcare Services Group, Inc. | Burr & Forman LLP | Graham H Stieglitz | 1075 Peachtree Street, N.E., Suite 3000 | | | Atlanta | GA | 30309 |
| Top 30 Creditor | Caremasters Homehealth, LLC | | 1248 Sarasota Center Blvd | | | Sarasota | FL | 34240 |
| Top 30 Creditor | CDB Services USA LLC | | 2549 Eastbluff Drive, Suite 490 | | | Newport Beach | CA | 92660 |
| Official Committee of Creditors Holding Unsecured Claims | CBD SERVICES USA, LLC | Sidney Robert Bradley | 3707 W. Jetton Avenue | | | Tampa | FL | 33629 |
| Centers for Medicare & Medicaid Services | Centers for Medicare & Medicaid Services | | 7500 Security Blvd | | | Baltimore | MD | 21244 |
| Top 30 Creditor | Coastal Care Staffing, LLC | | 1525 S Tamiami Trail, Suite 603 | | | Venice | FL | 34285 |
| Top 30 Creditor | Department Of Justice | Miniard Culpepper & Alastair Gesmundo | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| Top 30 Creditor | Direct Supply | | PO Box 88201 | | | Milwaukee | WI | 53288-0201 |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Attn James Muenker | 1900 N Pearl St, Suite 2200 | | | Dallas | TX | 75201 |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Attn Kira Mineroff | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Emily Marshall | 1201 West Peachtree Street NW | | | Atlanta | GA | 30309 |
| Top 30 Creditor | Ecapital Commercial Finance Corp | Premier Healthcare, Devin Hull | 6000 Feldwood RD | Corp BOA Lockbox 742890 | | College Park | GA | 30349 |
| Counsel to Elderberry Nursing Home Landlords | Elderberry | Attn C. Lynch Christian, III | 1000 Church Street, Third Floor | | | Lynchburg | VA | 24504 |
| Top 30 Creditor | Empirian Health, LLC | c/o Burr & Forman, LLP | Rik Tozzi, Jackson A Freese, Benjamin Coulter | 420 North 20th Street, Ste 3400 | | Birmingham | AL | 35203 |
| Top 30 Creditor | Estate Of John ONeill by Jacqueline ONeill, PR | Wilkes & Associates, PA | Lydia Wardell, Esq | 3550 Buschwood Park Drive, Ste 230 | | Tampa | FL | 33618 |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Ferguson Braswell Fraser Kubasta PC | Attn Leighton Aiken | 2500 Dallas Parkway, Suite 600 | | | Plano | TX | 75093 |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |

SERVICE BY FIRST CLASS MAIL

| Description | Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Focal Point Medical Staffing, Inc. | | 8356 Six Forks Road, Suite 203 | | | Raleigh | NC | 27615 |
| Top 30 Creditor | Gale Healthcare Solutions | | PO Box 4729 | | | Winter Park | FL | 32793-4729 |
| State Attorney General | Georgia Attorney General | Attorney General Chris Carr | 40 Capitol Square, SW | | | Atlanta | GA | 30334 |
| Georgia Department of Revenue | Georgia Department of Revenue | Attn Bankruptcy Dept | State Revenue Commissioner | 1800 Century Blvd NE, Suite 15300 | | Atlanta | GA | 30345 |
| Counsel to Welltower NNN Group, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause, Michael G. Farag | 333 South Grand Avenue | | | Los Angeles | CA | 90071 |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Goodwin Proctor LLP | Attn Robert J Lemons, Liza L. Burton | The New York Times Building | 620 Eighth Avenue | | New York | NY | 10018 |
| Counsel to Harts Harbor Health Landlords | Harts Harbor | Baker Donelson Bearman Caldwell & Berkowitz, PC | Attn Sandra Adams | 200 East Broward Blvd, Suite 2000 | | Fort Lauderdale | FL | 33301 |
| Official Committee of Creditors Holding Unsecured Claims | Healthcare Negligence Settlement Recovery Corp. | John M. Herskowitz | C/O John A. Anthony | 100 S. Ashley Drive, Suite 1600 | | Tampa | FL | 33602 |
| Top 30 Creditor | Healthcare Services Group | Patrick J Orr, Pete Nenstiel | 3220 Tilman Drive, Suite No 300 | | | Bensalem | PA | 18201 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 30 Creditor | Island Nurse Staffing | | 333 South Tamiami Trail, Suite 201 | | | Venice | FL | 34285 |
| Counsel to CAREmasters Homehealth LLC and CAREmasters Healthcare Services LLC | Jones & Walden LLC | Thomas T. McClendon | 699 Piedmont Avenue, NE | | | Atlanta | GA | 30308 |
| Claims and Noticing Agent | KCC dba Verita | Sydney Reitzel | 222 N Pacific Coast Highway, Ste 300 | | | El Segundo | CA | 90245 |
| Counsel for Claimants and Interested Parties | Lamberth, Cifelli, Ellis & Nason, PA | G. Frank Nason, IV | 6000 Lake Forrest Drive, NW Suite 435 | | | Atlanta | GA | 30328 |
| Debtors | LaVie Care Centers LLC | M Benjamin Jones | c/o Ankura Consulting Group, LLC | 485 Lexington Avenue, 10th Floor | | New York | NY | 10017 |
| Proposed Counsel for the Debtors and Debtors-in-Possession | McDermott Will & Emery, LLP | Daniel M Simon | 1180 Peachtree Street NE, Suite 3350 | | | Atlanta | GA | 30309 |
| Proposed Counsel for the Debtors and Debtors-in-Possession | McDermott Will & Emery, LLP | Emily C Keil | 444 West Lake Street, Suite 4000 | | | Chicago | IL | 60606 |
| Proposed Counsel for the Debtors and Debtors-in-Possession | McDermott Will & Emery, LLP | Jake Jumbeck, Catherine Lee | 444 West Lake Street, Suite 4000 | | | Chicago | IL | 60606 |
| Top 30 Creditor | Maxim Healthcare Staffing | Davis & Jones, LLC | Brandon Williams, Esq | 2521 Brown Blvd | | Arlington | TX | 76006 |
| Top 30 Creditor | Maxim Healthcare Staffing | | 12558 Collections Center Dr | | | Chicago | IL | 60527 |
| Top 30 Creditor | Milestone Staffing Services | | PO Box 935725 | | | Atlanta | GA | 31193-5725 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| Top 30 Creditor | Nursecore Management Services, LLC | | Dept 41753, PO Box 650823 | | | Dallas | TX | 75265 |

SERVICE BY FIRST CLASS MAIL

| Description | Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Office of the United States Trustee for the Northern District of Georgia | Office of the United States Trustee | Jonathan S. Adams, R. Jeneane Treace | 362 Richard B Russell Bldg | 75 Ted Turner Drive, SW | | Atlanta | GA | 30303 |
| Top 30 Creditor | Omnicare Inc | Foley & Lardner, LLP | Geoff Goodman | 321 North Clark Street, Suite 300 | | Chicago | IL | 60654 |
| Top 30 Creditor | Omnicare Inc | Greg Day | 6285 W. Galveston Street, #3 | | | Chandler | AZ | 85226 |
| Top 30 Creditor | Omnicare Inc | Karen Dailey | 100 E River Center Blvd | | | Covington | KY | 41011 |
| Counsel to Carolina Rehabilitation & Surgical Associates, P.A. | Pamela P. Keenan | | P O Box 19766 | | | Raleigh | NC | 27619-9766 |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Parker, Hudson, Rainer & Dobbs LLP | Bryan E. Bates | 303 Peachtree Street NE, Suite 3600 | | | Atlanta | GA | 30308 |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to CDB Services USA LLC d/b/a weCare Staffing Services | Pierson Ferdinand LLP | Susan V Warner | 333 SE 2nd Avenue, Suite 2000 | | | Miami | FL | 33131 |
| Counsel to CDB Services USA LLC d/b/a weCare Staffing Services | Pierson Ferdinand LLP | Thomas R Walker | 260 Peachtree Street NW, Suite 2200 | | | Atlanta | GA | 30303 |
| Counsel to Welltower NNN Group, LLC | Polsinelli, PC | David E Gordon, Caryn E Wang, Ashley D Champion | 1201 West Peachtree, Street NW, Suite 1100 | | | Atlanta | GA | 30309 |
| Top 30 Creditor | Powerback Rehabilitation | Jonathan Kirschner | PO Box 831322 | | | Philadelphia | PA | 19182-1322 |
| Top 30 Creditor | Precision Healthcare, LLC | | 4209 Lakeland Drive, No 363 | | | Flowood | MS | 39232 |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Proskauer Rose LLP | Attn Charles A Dale | One International Place | | | Boston | MA | 02110 |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Proskauer Rose LLP | Dylan Marker | Eleven Times Square | | | New York | NY | 10036-8299 |
| Counsel to United Steelworkers | Quinn, Connor, Weaver, Davies & Rouco, LLP | Glen M. Connor, Richard P. Rouco | Two North Twentieth Street Suite 930 | | | Birmingham | AL | 35203 |
| Counsel to United Steelworkers and AFSCME | Quinn, Connor, Weaver, Davies & Rouco, LLP | Nicolas M. Stanojevich | 4100 Perimeter Park South | | | Atlanta | GA | 30341 |
| Top 30 Creditor | Respiratory Health Services | | PO Box 821322 | | | Philadelphia | PA | 19182-1322 |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Scroggins & Williamson, P.C. | Attn Matthew W Levin | 4401 Northside Parkway, Suite 450 | | | Atlanta | GA | 30327 |
| Top 30 Creditor | Shiftkey LLC | | PO Box 735913 | | | Dallas | TX | 75373-5913 |
| Top 30 Creditor | Shiftmed, LLC | Continental PLLC | c/o Jesus M. Suarez | 255 Alhambra Circle, Suite 640 | | Coral Gables | FL | 33134 |
| Top 30 Creditor | Shiftmed, LLC | Susan M. Overton, General Counsel | 7925 Jones Branch Drive, Suite 1100 | | | McClean | VA | 22102 |
| Top 30 Creditor | Snapmedtech, Inc | | 675 Ponce de Leon Ave, Suite 8500 | | | Atlanta | GA | 30308 |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee | Robert Lapowsky, Elizabeth Rogers | 620 Freedom Business Center, Suite 200 | | | King of Prussia | PA | 19406 |
| Top 30 Creditor | Superior Medical Staffing | | PO Box 4729 | | | Winter Park | FL | 32793 |

SERVICE BY FIRST CLASS MAIL

| Description | Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Official Committee of Creditors Holding Unsecured Claims | The Estate of Nancy Walsh | Dawn Lograsso, as Personal Representative | C/O Blair Mendes | 4401 W. Kennedy Boulevard, Suite 250 | | Tampa | FL | 33609 |
| Official Committee of Creditors Holding Unsecured Claims | Theodore Horrobin | C/O Scott Fischer | Gordon & Partners | 4114 Northlake Boulevard | | Palm Beach Gardens | FL | 33410 |
| Top 30 Creditor | Twin Med LLC | David Klarner | 11333 Greenstone Avenue | | | Santa Fe Springs | CA | 90670 |
| Top 30 Creditor | Twin Med LLC | | PO Box 847340 | | | Los Angeles | CA | 90084-7340 |
| Securities & Exchange Commission | U.S. Securities & Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road NE, Suite 900 | | | Atlanta | GA | 30326-1382 |
| United States Attorney for the Northern District of Georgia | United States Attorney Northern District of Georgia | | 600 Richard B Russell Bldg | 75 Ted Turner Drive, SW | | Atlanta | GA | 30303-3309 |
| Counsel to the Internal Revenue Service | United States Attorney's Office | Vivieon Kelly Jones, Assistant US Attorney | 75 Ted Turner Drive SW, Suite 600 | | | Atlanta | GA | 30303 |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Vedder Price PC | Attn Kathryn L Stevens | 222 North LaSalle Street, Suite 2600 | | | Chicago | IL | 60601 |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Counsel to Superior Medical Staffing and Gale Healthcare Solutions, LLC | Walters Levine & DeGrave | Heather A. DeGrave | 601 Bayshore Boulevard, Suite 720 | | | Tampa | FL | 33606 |

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LAVIE CARE CENTERS, LLC,** *et al.,*[1] | ) | **Case No. 24-55507 (PMB)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

**ORDER AUTHORIZING RETENTION OF**
**FTI CONSULTING, INC. AS FINANCIAL ADVISOR**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**SUBJECT TO TIMELY OBJECTION**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors

(the "Committee") of the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), for an order under Bankruptcy Code section 1103 authorizing the Committee to retain

FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), as financial advisors;

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

and upon the Zucker Declaration[2] in support of the Application; and due and adequate notice of

the Application having been given; and it appearing that no other notice need be given; and it

appearing that FTI neither holds nor represents any interest adverse to the Debtors' estates; and it

appearing that FTI is "disinterested," as that term is defined in Bankruptcy Code section 101(14);

and it appearing that the relief requested in the Application is in the best interest of the Committee

and the Debtors' estates, after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED:

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code section 1103, the Committee is authorized to

employ and retain FTI as its financial advisor as of June 17, 2024 on the terms set forth in the

Application.

3.      FTI shall be compensated in accordance with the procedures set forth in Bankruptcy

Code sections 330 and 331, Bankruptcy Rule 2016, and any applicable orders entered by the Court.

4.      FTI is entitled to reimbursement of actual and necessary expenses, including legal

fees related to the Application and future fee applications as approved by the Court.

5.      The following indemnification provisions are approved:

    a.  subject to the provisions of subparagraphs (b) and (c) below, the Debtors
        are authorized to indemnify, and shall indemnify, FTI for any claims arising
        from, related to, or in connection with the services to be provided by FTI as
        specified in the Application, but not for any claim arising from, related to,
        or in connection with FTI's performance of any other services other than
        those in connection with the engagement, unless such services and
        indemnification therefor are approved by this Court; and

    b.  the Debtors shall have no obligation to indemnify FTI for any claim or
        expense that is either (i) judicially determined (the determination having
        become final) to have arisen primarily from FTI's gross negligence, willful
        misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the

---

[2]  Capitalized terms used in this order not otherwise defined have the meaning given to them in the
Application.

Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Order; and

c.  if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

6.    FTI shall provide ten (10) days' notice to the Debtors, the U.S. Trustee, and the Committee in connection with any increase in the hourly rates listed in the Application.

7.    To the extent that FTI uses the services of independent or third-party contractors or subcontractors (the "Contractors") in these chapter 11 cases and FTI seeks to pass through the fees and costs of the Contractors, FTI shall (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI shall ensure that the Contractors perform the conflicts checks and file such disclosures as required by the Bankruptcy Code and Bankruptcy Rules.

8.    FTI shall use its reasonable efforts to avoid any duplication of services provided by any of the Committee's other retained professionals.

9.    If there is any inconsistency between the terms of the Application, the Zucker Declaration, and this Order, this Order shall govern.

10.    Any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order.

3

11.     If an objection is timely filed, proposed counsel for the Committee will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures.

12.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

13.     If no objection to this Order is timely filed, this Order shall be a final Order approving the Application.

14.     The Committee is authorized to take all actions necessary to implement the relief granted in this Order.

15.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

16.     Proposed counsel for the Committee shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by electronic mail or first class mail, postage prepaid[3], as applicable, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

**END OF DOCUMENT**

---

[3] First class mail service is not required if the recipient is a registered ECF user who has agreed to waive all other service in favor of ECF service pursuant to Bankruptcy Local Rule 5005-8, in which case ECF notification shall serve as the required service. The party certifying service should certify ECF service on such recipients.

Prepared and presented by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Francis J. Lawall*
Matthew R. Brooks (GA ID #378018)
Pierce E. Rigney (GA ID No. 656946)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3901
Email: matthew.brooks@troutman.com
        pierce.rigney@troutman.com

- and –

Francis J. Lawall (PA ID #43932)
(admitted *pro hac vice*)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4481
E-mail: francis.lawall@troutman.com

   - and-

Deborah Kovsky-Apap (NY ID #4270096)
(admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Email: deborah.kovsky@troutman.com

*Proposed Counsel for the*
*Official Committee of Unsecured Creditors*

**<u>DISTRIBUTION LIST</u>**

Clifford A. Zucker
FTI Consulting, Inc.
Three Times Square,  9th Floor
New York, NY 10036

Matthew R. Brooks
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 300
Atlanta, GA 30308

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

LaVie Care Centers, LLC
c/o Ankura Consulting Group, LLC
485 Lexington Avenue, 10th Floor
New York, NY 10017
Attn: Ben Jones

Daniel M. Simon
McDermott Will & Emery LLP
1180 Peachtree St. NE, Suite 3350
Atlanta, GA 30309

Emily C. Keil
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Nathan M. Bull
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131

Jack Gabriel Haake
McDermott Will & Emery LLP
Suite 1900
2501 N. Harwood Street
Dallas, TX 75201

R. Jacob Jumbeck
McDermott Will & Emery LLP
Suite 4000
444 West Lake Street
Chicago, IL 60606

Catherine T. Lee
McDermott Will & Emery LLP
Suite 4000
444 West Lake Street
Chicago, IL 60606

Kurtzman Carson Consultants LLC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo. CA 90245

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

R. Jeneane Treace
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

# **EXHIBIT B**

**Zucker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LAVIE CARE CENTERS, LLC, *et al.*,**[1] | ) | **Case No. 24-55507 (PMB)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

**DECLARATION OF CLIFFORD ZUCKER IN SUPPORT OF THE**
**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. section 1746, I, Clifford Zucker, declare as follows:

1.     I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), an international consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**<u>Disinterestedness and Eligibility</u>**

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **<u>Exhibit A</u>** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **<u>Exhibit B</u>** to this Declaration.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      In addition to the relationships disclosed on Exhibit B, FTI discloses the following:

- Between March 2021 and December 3, 2021, FTI was engaged as financial advisor to the Official Committee of Unsecured Creditors of CMC II, LLC (the "CMC II Committee") and its affiliated debtors (collectively, the "CMC II Debtors"). As noted, FTI's engagement in that case ended on December 3, 2021, the effective date of the CMC II Debtors' chapter 11 plan. Under the terms of the plan, FTI received periodic payments after the effective date on

---

[3] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

account of the services provided to CMC II Committee during the pendency of the CMC II Debtors' chapter 11 cases. As of the Petition Date, FTI has an accounts receivable balance of $24,218.80, which FTI has waived in connection with the filing of the Application.

- It is my understanding that Duke Energy is a utility provider of the Debtors. Nicholas C. Fanandakis, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of Duke Energy Corporation. To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

5.      As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

6.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As

such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

7.    It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

### Professional Compensation

8.    Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

9.    To the extent FTI utilizes independent or third party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for

actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

10.    According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

11.    To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

## No Duplication of Services

12.    The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2024                    */s/ Clifford Zucker*
                                             Clifford Zucker

## EXHIBIT A

**Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
LaVie Care Centers, LLC
10040 Hillview Road Operations LLC
1010 Carpenters Way Operations LLC
1026 Albee Farm Road Operations LLC
1061 Virginia Street Operations LLC
1111 Drury Lane Operations LLC
1120 West Donegan Avenue Operations LLC
11565 Harts Road Operations LLC
12170 Cortez Boulevard Operations LLC
125 Alma Boulevard Operations LLC
1445 Howell Avenue Operations LLC
1465 Oakfield Drive Operations LLC
1507 South Tuttle Avenue Operations LLC
15204 West Colonial Drive Operations LLC
1550 Jess Parrish Court Operations LLC
1615 Miami Road Operations LLC
1820 Shore Drive Operations LLC
1851 Elkcam Boulevard Operations LLC
1937 Jenks Avenue Operations LLC
195 Mattie M. Kelly Boulevard Operations LLC
216 Santa Barbara Boulevard Operations LLC
2333 North Brentwood Circle Operations LLC
2401 NE 2nd Street Operations LLC
2826 Cleveland Avenue Operations LLC
2916 Habana Way Operations LLC
2939 South Haverhill Road Operations LLC
3001 Palm Coast Parkway Operations LLC
3101 Ginger Drive Operations LLC
3110 Oakbridge Boulevard Operations LLC
3735 Evans Avenue Operations LLC
3825 Countryside Boulevard Operations LLC
3920 Rosewood Way Operations LLC
4200 Washington Street Operations LLC
4641 Old Canoe Creek Road Operations LLC
500 South Hospital Drive Operations LLC
5065 Wallis Road Operations LLC
518 West Fletcher Avenue Operations LLC
5405 Babcock Street Operations LLC
611 South 13th Street Operations LLC
626 North Tyndall Parkway Operations LLC
6305 Cortez Road West Operations LLC
6414 13th Road South Operations LLC
650 Reed Canal Road Operations LLC

6700 NW 10th Place Operations LLC
702 South Kings Avenue Operations LLC
710 North Sun Drive Operations LLC
741 South Beneva Road Operations LLC
777 Ninth Street North Operations LLC
7950 Lake Underhill Road Operations LLC
9035 Bryan Dairy Road Operations LLC
9311 South Orange Blossom Trail Operations
LLC
9355 San Jose Boulevard Operations LLC
Addison Heights Health and Rehabilitation
Center
Alpha Health Care Properties, LLC
Ambassador Ancillary Services, LLC
Ambassador Rehabilitative Services, LLC
Amity Village
Ashland Facility Operations, LLC
Ashland Nursing & Rehabilitation Center
Ashton Court Care and Rehabilitation Centre
Ashton Court HealthCare, LLC
Assisted Living at Frostburg Village
Assisted Living at Frostburg Village Facility
Operations, LLC
Augusta Facility Operations, LLC
Augusta Health Care Properties, LLC
Augusta Nursing and Rehab Center
Bardmoor Oaks Healthcare and Rehabilitation
Center
Bay Breeze Health and Rehabilitation Center
Baya Nursing and Rehabilitation, LLC
Baya Pointe Nursing and Rehabilitation Center
Bayonet Point Facility Operations, LLC
Beneva Lakes Assisted Living Center
Beneva Lakes Healthcare and Rehabilitation
Center
Bonview Rehabilitation and Healthcare
Bossier HealthCare, LLC
Bradenton Health Care
Brandon Facility Operations, LLC
Brandon Health and Rehabilitation Center
Brentwood Meadow Health Care Associates,
LLC
Brentwood Retirement Community
Briley Facility Operations, LLC

Brookshire, The
Brownsboro Hills Health Care and
Rehabilitation Center
Brownsboro Hills HealthCare, LLC
Canonsburg Property Investors, LLC
Capital Health Care Associates, LLC
Capital Healthcare Center
Cardinal Healthcare and Rehabilitation Center
Cardinal North Carolina HealthCare, LLC
Carey Facility Operations, LLC
Cary Health and Rehabilitation Center
Cary HealthCare, LLC
Catalina Gardens Health Care Associates, LLC
Catalina Health Care Associates, LLC
Centennial Acquisition Corporation
Centennial Employee Management, LLC
Centennial Five Star Master Tenant, LLC
Centennial HealthCare Corporation
Centennial Healthcare Holding Company, LLC
Centennial HealthCare Investment Corporation
Centennial HealthCare Management
Corporation
Centennial HealthCare Properties Corporation
Centennial HealthCare Properties, LLC
Centennial Management Investment, LLC
Centennial Master Subtenant, LLC
Centennial Master Tenant, LLC
Centennial Newco Holding Company, LLC
Centennial Professional Therapy Services
Corporation
Centennial SEHC Master Tenant, LLC
Centennial Service Corporation - Grant Park
Central Park Healthcare and Rehabilitation
Center
Charlwell HealthCare, LLC
Charlwell House
Chenal HealthCare, LLC
Chenal Rehabilitation and Healthcare Center
Cheswick Facility Operations, LLC
CHIC Holding Company, LLC
CHMC Holding Company, LLC
CHPC Holding Company LLC
Clay County Care Center
Clay County HealthCare, LLC
Clearwater Health and Rehabilitation
Clearwater HealthCare, LLC
Coastal Administrative Services, LLC
Coastal Management Investment, LLC
Country Meadow Care Center
Coeur d'Alene Health Care and Rehabilitation
Center

Colonial Lakes Health Care
Consulate EV Acquisition, LLC
Consulate EV Master Tenant, LLC
Consulate EV Operations I, LLC
Consulate Facility Leasing, LLC
Consulate Health Care
Consulate Health Care at Lake Parker
Consulate Health Care at West Altamonte
Consulate Health Care of Bayonet Point
Consulate Health Care of Brandon
Consulate Health Care of Chattanooga
Consulate Health Care of Cheswick
Consulate Health Care of Jacksonville
Consulate Health Care of Kissimmee
Consulate Health Care of Lakeland
Consulate Health Care of Melbourne
Consulate Health Care of New Port Richey
Consulate Health Care of Norfolk
Consulate Health Care of North Fort Myers
Consulate Health Care of North Strabane
Consulate Health Care of Orange Park
Consulate Health Care of Pensacola
Consulate Health Care of Port Charlotte
Consulate Health Care of Safety Harbor
Consulate Health Care of Sarasota
Consulate Health Care of St. Petersburg
Consulate Health Care of Tallahassee
Consulate Health Care of Vero Beach
Consulate Health Care of West Palm Beach
Consulate Health Care of Williamsburg
Consulate Health Care of Windsor
Consulate Health Care of Winter Haven
Consulate Health Care of Woodstock
Consulate Management Company III, LLC
Consulate MZHBS Leaseholdings, LLC
Consulate NHCG Leaseholdings, LLC
Consulate Retirement Village of North Strabane
Coral Bay Healthcare and Rehabilitation
Coral Trace Health Care
Country Meadow Facility Operations, LLC
Countryside Rehab and Healthcare Center
Courtyard Rehabilitation and Healthcare
Crestline Facility Operations, LLC
Crestline Nursing Center
Cypress Manor Health Care Associates, LLC
Cypress Square Health Care Associates, LLC
Cypress Square Villas
D.C. Medical Investors Limited Partnership
Deltona Health Care
Destin Healthcare and Rehabilitation Center
Donegan Square Health Care Associates, LLC

Down East Health and Rehabilitation Center
Down East HealthCare, LLC
Edgewood Manor of Greenfield
Edgewood Manor of Lucasville I
Edgewood Manor of Lucasville II
Edgewood Manor of Wellston
Edgewood Manor of Westerville
Edinborough Square Health Care Associates, LLC
Emerald Ridge HealthCare, LLC
Emerald Ridge Rehabilitation and Care Center
Emerald Shores Health and Rehabilitation
Englewood Healthcare and Rehabilitation Center
Envoy at the Meadows
Envoy at the Village
Envoy Health Care, LLC
Envoy Management Company, LLC
Envoy of Alexandria
Envoy of Alexandria, LLC
Envoy of Denton
Envoy of Denton, LLC
Envoy of Forest Hills, LLC
Envoy of Fork Union, LLC
Envoy of Goochland, LLC
Envoy of Lawrenceville
Envoy of Lawrenceville, LLC
Envoy of Norfolk, LLC
Envoy of Pikesville
Envoy of Pikesville, LLC
Envoy of Richmond, LLC
Envoy of Somerset, LLC
Envoy of Staunton, LLC
Envoy of Thornton Hall; Envoy of Thornton Hall (ALF)
Envoy of Westover Hills
Envoy of Williamsburg, LLC
Envoy of Winchester, LLC
Envoy of Woodbridge
Envoy of Woodbridge, LLC
Epsilon Health Care Properties, LLC
Evans Health Care
Ferriday HealthCare, LLC
Fletcher Health and Rehabilitation Center
FLLVMT, LLC
Florida Health Care Properties, LLC
Floridean Nursing and Rehabilitation Center, The
Floridian Facility Operations, LLC
Forrest Oakes Healthcare Center
Forrest Oakes HealthCare, LLC

Fort Pierce Health Care
Franco Nursing & Rehabilitation Center
Franklinton HealthCare, LLC
Frostburg Facility Operations, LLC
Frostburg Village
Garden Court Health and Rehabilitation Center
Garden Court HealthCare, LLC
Gateway HealthCare, LLC
Gateway Rehabilitation and Healthcare
Genoa Healthcare Consulting, LLC
Genoa Healthcare Group, LLC
Glenburney Health Care and Rehabilitation Center
Glenburney HealthCare, LLC
Grand Oaks Health and Rehabilitation Center
Grant Park Nursing Home Limited Partnership
Grayson Facility Operations, LLC
Grayson Rehabilitation and Health Care Center
Green Cove Facility Operations, LLC
Green Cove Springs Rehabilitation and Care Center
Greenfield Facility Operations, LLC
Habana Health Care Center
Harbor Beach Nursing and Rehabilitation Center
Harbor Pointe Facility Operations, LLC
Harts Harbor Health Care Center
Health and Rehabilitation Centre at Dolphins View
Health Center at Brentwood
Heritage Healthcare and Rehabilitation Center
Heritage Healthcare Center at Tallahassee
Heritage Manor Health and Rehabilitation Center
Heritage Manor of Bossier
Heritage Manor of Franklinton
Heritage Park Rehabilitation and Healthcare
Heron Pointe Health and Rehabilitation Center
HFLLVMT, LLC
Hillcrest Health Care and Rehabilitation Center
Hilltop Manor Health and Rehabilitation Center
Hilltop Mississippi HealthCare, LLC
Hilltopper Holding Corp.
Hollywell HealthCare, LLC
Hunter Woods HealthCare, LLC
Hunter Woods Nursing and Rehabilitation Center
Hurstbourne Care Centre at Stony Brook
Hurstbourne HealthCare, LLC
Independence Living Centers
Island Health and Rehabilitation Center
Jacksonville Facility Operations, LLC

3

Jennings Healthcare Center
Jennings HealthCare, LLC
Josera, LLC
Kannapolis HealthCare, LLC
Kathleen Daniel
KD HealthCare, LLC
Kenton Facility Operations, LLC
Kenton Nursing & Rehabilitation Center
Kenwood View Health and Rehabilitation
Center
Kenwood View HealthCare, LLC
Keystone Rehabilitation and Health Center
Keystone Villas Assisted Living Center
Kimwell
Kimwell HealthCare, LLC
Kings Daughters Community Health & Rehab
Kings Daughters Facility Operations, LLC
Kissimmee Facility Operations, LLC
Lake Mary Health and Rehabilitation Center
Lake Parker Facility Operations, LLC
Lakeland Facility Operations, LLC
Lakeside Oaks Care Center
Largo Health and Rehabilitation Center
Legends Care Center
Legends Facility Operations, LLC
Level Up Staffing, LLC
Libby Care Center)
Libby HealthCare, LLC
Lidenskab, LLC
Lincoln Center HealthCare, LLC
Lincoln Centers for Rehabilitation and
Healthcare
Locust Grove Facility Operations, LLC
Locust Grove Retirement Village
LTC Insurance Associates, LLC
Lucasville I Facility Operations, LLC
Lucasville II Facility Operations, LLC
Luther Ridge at Seiders Hill
Luther Ridge Facility Operations, LLC
Lutheran Village at Harbor Pointe
LV CHC Holdings I, LLC
LV Operations I, LLC
LV Operations II, LLC
LVE Holdco, LLC
LVE Master Tenant 1, LLC
LVE Master Tenant 2, LLC
LVE Master Tenant 3, LLC
LVE Master Tenant 4, LLC
LVFH Master Tenant, LLC
LVLUPH, LLC
MA HealthCare Holding Company, LLC

Magnolia Health and Rehabilitation Center
Manor at Penn Village
Manor at Perry Village, The
Manor at St. Luke Village Facility Operations,
LLC
Manor at St. Luke Village, The
Manor at Susquehanna Village
McComb HealthCare, LLC
Melbourne Facility Operations, LLC
Miami Facility Operations, LLC
Milton Health Care
Milton HealthCare, LLC
Montclair HealthCare, LLC
Montclair Nursing and Rehabilitation Center
Mount Royal Facility Operations, LLC
Mount Royal Villa
NENC HealthCare Holding Company, LLC
New Harmonie Healthcare Center
New Harmonie HealthCare, LLC
New Port Richey Facility Operations, LLC
Newport News Facility Operations, LLC
Newport News Nursing and Rehabilitation
Center
Norfolk Facility Operations, LLC
North Carolina Master Tenant, LLC
North Florida Rehabilitation and Specialty Care
North Fort Myers Facility Operations, LLC
North Strabane Facility Operations, LLC
Oak Grove Healthcare Center
Oak Grove HealthCare, LLC
Oakbridge Healthcare Center
Oaks at Sweeten Creek HealthCare, LLC
Oaks at Sweeten Creek, The
Oaks Rehabilitation and Healthcare Center, The
Oaktree Healthcare
Omro Care Center
Omro HealthCare, LLC
Onetete, LLC
Orange Park Facility Operations, LLC
Osprey Nursing and Rehabilitation, LLC
Osprey Point Nursing Center
Paloma Blanca Health and Rehabilitation
Paloma Blanca Health Care Associates, LLC
Parks Healthcare and Rehabilitation Center, The
Parkside Facility Operations, LLC
Parkside Manor
Parkview Care Center
Parkview Facility Operations, LLC
Parkview HealthCare, LLC
Parkview Manor Health and Rehabilitation
Center

Parkview Manor HealthCare, LLC
Parkview Nursing and Rehabilitation Center
Parkwell
Parkwell HealthCare, LLC
Pavilion at St. Luke Village Facility Operations,
LLC
Pavilion at St. Luke Village, The
Penn Village Facility Operations, LLC
Pennknoll Village
Pennknoll Village Facility Operations, LLC
Pennsfield Apartments
Pensacola Facility Operations, LLC
Perry Facility Operations, LLC
Perry Oaks Health Care
Perry Village Facility Operations, LLC
Pheasant Ridge Facility Operations, LLC
Pheasant Ridge Nursing and Rehab Center
Piketon Facility Operations, LLC
Piketon Nursing Center
Pine River HealthCare, LLC
Pinelake HealthCare, LLC
Pinewood HealthCare, LLC
Plantation Bay Rehabilitation Center
Port Charlotte Facility Operations, LLC
QCPMT, LLC
RAC Insurance Investors, LLC
Raydiant Health Care
Reeders Facility Operations, LLC
Reeders Memorial Home; Reeders Memorial
Home (IL)
Renaissance Health and Rehabilitation
Retirement Village of North Strabane Facility
Operations, LLC
Ridgewood Facility Operations, LLC
Ridgewood Manor
Riley HealthCare, LLC
Rio Pinar Health Care
Rispetto, LLC
Riverbend Health Care Center
Riverbend HealthCare, LLC
Riverview of Ann Arbor HealthCare, LLC
Rosewood Health and Rehabilitation Center
Royal Terrace HealthCare, LLC
Royal Terrace Nursing and Rehabilitation
Center
Safety Harbor Facility Operations, LLC
Salus Management Investment, LLC
San Jose Health and Rehabilitation Center
Sarasota Facility Operations, LLC
Sea Breeze Health Care
Sea Crest Management Investment, LLC

SeaView Nursing and Rehabilitation Center
Sheridan Indiana HealthCare, LLC
Sheridan Rehabilitation and Healthcare Center
Shoal Creek Rehabilitation Center
Shoreline Healthcare Management, LLC
Siemon's Heritage Personal Care Center
Siemon's Lakeview Manor Nursing and
Rehabilitation Center
Skyline Facility Operations, LLC
Skyline Nursing and Rehabilitation Center
Southpoint Health Care Associates, LLC
Spring Hill Health and Rehabilitation Center
St. Petersburg Facility Operations, LLC
Starkville Manor Health Care and Rehabilitation
Center
Starkville Manor HealthCare, LLC
Stratford Facility Operations, LLC
Summit Facility Operations, LLC
Summit Villa Care Center
Susquehanna Village Facility Operations, LLC
Swan Pointe Facility Operations, LLC
Tallahassee Facility Operations, LLC
Tarpon Health Care Associates, LLC
The Cottages at Locust Grove
The Palms Rehabilitation and Healthcare Center
THS Partners I, Inc.
THS Partners II, Inc.
Tosturi, LLC
Transitional Health Partners
Transitional Health Services
Transitional Health Services of Kannapolis
Transitional Health Services of Wayne
Transitional Health Services, Inc.
University Hills Health and Rehabilitation
Valley View Care and Rehabilitation Center
Valley View HealthCare, LLC
VAPAMT, LLC
Vero Beach Facility Operations, LLC
Village at Harbor Pointe
Villas at Lakeside Oaks, The
Vista Manor
VNTG HD Master Tenant, LLC
Walnut Cove Health and Rehabilitation Center
Walnut Cove HealthCare, LLC
Wayne HealthCare, LLC
Wedgewood Healthcare Center
Wellington HealthCare, LLC
Wellington Rehabilitation and Healthcare
Wellston Facility Operations, LLC
West Altamonte Facility Operations, LLC
West Palm Beach Facility Operations, LLC

Westerville Facility Operations, LLC
Westwood Health and Rehabilitation Center)
Westwood HealthCare, LLC
Whispering Hills Care Center
Whispering Hills Facility Operations, LLC
Whitehall Healthcare Center of Ann Arbor
Whitehall Healthcare Center of Novi
Whitehall of Ann Arbor HealthCare, LLC
Whitehall of Novi HealthCare, LLC
Williamsburg Facility Operations, LLC
Willowbrook HealthCare, LLC
Willowbrook Rehabilitation and Care Center
Wilora Lake Healthcare Center
Wilora Lake HealthCare, LLC
Windsor Facility Operations, LLC
Winona Manor Health Care and Rehabilitation
Center
Winona Manor HealthCare, LLC
Winter Haven Facility Operations, LLC
Wood Lake Health and Rehabilitation Center
Woodbine Healthcare and Rehabilitation Center
Woodbine HealthCare, LLC
Woodstock Facility Operations, LLC

**Current and Former Officers**
Brian Beckerhoff
Craig Robinson
Jared Elliot
Jeron Walker
John Silliter
Miriam Pastor
Tiffany Hoback
Timothy Lehner

**Non-Debtor Affiliates**
1199 Ocean Springs Road Operations, LLC
(d/b/a Ocean Springs Health and Rehabilitation
Center)
1304 Walnut Street Operations, LLC (d/b/a Pine
View Health and Rehabilitation Center)
1530 Broad Avenue Operations, LLC (d/b/a
Coastal Health and Rehabilitation Center)
2599 NW 55th Avenue Operations, LLC (d/b/a
Lauderhill NSPIRE Healthcare)
340 DeSoto Avenue Ext Operations, LLC (d/b/a
Greenbough Health and Rehabilitation Center)
4294 3rd Avenue Operations, LLC (d/b/a
Chipola Health and Rehabilitation Center)
538 Menge Avenue Operations, LLC (d/b/a Pass
Christian Health and Rehabilitation Center)

5725 NW 186th Street Operations, LLC (d/b/a
Miami Lakes NSPIRE Healthcare)
5901 NW 79th Avenue Operations, LLC (d/b/a
Tamarac NSPIRE Healthcare)
6931 W Sunrise Boulevard Operations, LLC
(d/b/a Plantation NSPIRE Healthcare)
9400 SW 137th Avenue Operations, LLC (d/b/a
Kendall NSPIRE Healthcare)
CPSTN Holdings, LLC
CPSTN Management, LLC
CPSTN Operations, LLC
FC Investors XXI, LLC
FGCMT, LLC
FGLFC HoldCo, LLC
FMRGC HoldCo, LLC
Hampton Blvd Operations LLC (d/b/a Ghent
Health and Rehabilitation Center)
Hampton Parent LLC
HVETJA, LLC
ISNP Holdings I, LLC
ISNP Holdings II, LLC
LaVie HoldCo, LLC
LV Investment, LLC
MLNM HDMT, LLC
MLNM Master Tenant, LLC
Norfolk HoldCo, LLC
NSPR Care Centers, LLC
NSPR Operations I, LLC
NSPR Operations II, LLC
NSPRMC II, LLC
NSPRMC, LLC (d/b/a Nspire Healthcare)
Pourlessoins, LLC (d/b/a Synergy Healthcare
Services)
Zombleben, LLC (d/b/a Synergy Healthcare
Solutions)

**Equity Holder**
LaVie HoldCo, LLC

**Chapter 11 Professionals**
Ankura Consulting Group, LLC
Ferguson Braswell Fraser
Goodwin Proctor
Kurtzman Carson Consultants LLC
McDermott Will & Emery LLP
Parker Hudson Rainier & Dobbs LLP
Proskauer
Scorggins & Williamson
Stout Capital, LLC
Stout Risius & Ross
Troutman Pepper Hamilton Sanders LLP

6

Vedder Price

**Banks**
Atlantic Union
Atlantic Union Bank
Capital One
Chase
CIBC
CIBC Bank
Citi Bank
First National
First National Bank
Pennian Bank
PNC Bank
Regions Bank
Skyline Bank
Somerset Trust Co.
TD Bank
Truist
United Community Bank
Wells Fargo
Wells Fargo Bank

**Court Staff – Northern District of Georgia**
Aaron Anglin
Ashleigh Marchant-Lessa
Charles Ferrelle
Darren Hensley
David Fass
James Cornett
Kimberly Williams
Kristi Gillespie
Maresa Snow
Monique Chapple
Mortiz "Devon" Holloway
Nicholas Mahone
Regina Flanagan
Saahir Webb
Shannon Morris
Stephen Roach
Vania S. Allen

**DIP Lenders**
OHI DIP Lender, LLC
TIX 33433 LLC

**Employee Benefit Providers**
Aflac
Ameritas BlueStar
Automatic Data Processing, Inc.
AXA XL

Comdata
Elan Insurance
EyeMed
Leading Edge Administrators
National Datacare
Optum Bank
Payactiv/OnShift
The Chubb Insurance Company
Unum Group
Voya Financial
WEX, Inc.
Worldpay, Inc.
Zurich American Insurance Company

**Employment Agencies**
Precision Staffing
Staffquest Inc.
Sun Quest

**Governmental Authorities**
Centers for Medicare and Medicaid
Department of Health & Human Services
Department of Justice

**Insurance Carriers**
Arch Insurance North America
Arch Specialty Insurance Company
Ascot Insurance Company
Axis Surplus Insurance Company
Beazley Excess & Surplus Insurance
Beazley Insurance Company, Inc.
Covington Specialty Insurance Company
Crum & Foster Specialty Insurance Company
Endurance American Specialty Insurance
Company
Everest Indemnity Insurance Company
Greenwich Insurance Company
Hartford Fire Insurance Co.
HDI Global Specialty SE
Hudson Insurance Company
Imperial Fire and Casualty Insurance Company
Indian Harbor Insurance Company
Ironshore Specialty Insurance Company
Lexington Insurance Company
Lloyd's
Lloyds of London
Midwest Insurance Group Inc., a RRG
Mt Hawley Insurance Company
MunichRe
National Union Fire Ins. Co. of Pittsburgh PA
Navigators Specialty Insurance Company

Obsidian Specialty Insurance Company
PartnerRe Insurance Solutions Bermuda Ltd
RSUI Indemnity Company
Starstone Specialty Insurance Company
Travelers Property Casualty Co. of America
Twin City Fire Insurance Co.
Westchester Surplus Lines Insurance Co.
Wright National Flood Insurance Company
XL Specialty Insurance

**Judges – Bankruptcy Court for the Northern
District of Georgia**
Barbara Ellis-Monro
James R. Sacca
Jeffery W. Cavender
Lisa Ritchey Craig
Paul M. Baisier
Paul W. Bonapfel
Sage M. Sigler
Wendy L. Hagenau

**Landlords**
CSE Arden LP
CSE Knightdale LP
CSE Lenoir LP
CSE Orlando – Pinar Terrace Manor LLC
CSE Walnut Cove LLC
CSE WoodFin LP
Elderberry of Charlotte, LLC
Elderberry of Hayesville, LLC
Elderberry of Lincolnton, LLC
Everett Re Owner LLC
FC Encore Albemarle, LLC
FC Encore Andrews, LLC
FC Encore Archdale, LLC
FC Encore Bossier City I, LLC
FC Encore Cary, LLC
FC Encore Charlotte, LLC
FC Encore Destin, LLC
FC Encore Franklinton, LLC
FC Encore Green Cove Springs, LLC
FC Encore Kannapolis, LLC
FC Encore McComb, LLC
FC Encore Meridian, LLC
FC Encore Natchez, LLC
FC Encore Perry, LLC
FC Encore Properties B Holdco, LLC
FC Encore Properties, LLC
FC Encore Rutherfordton, LLC
FC Encore Starkville, LLC
FC Encore Union, LLC

FC Encore Winona, LLC
FC Encore Yadkinville, LLC
Hazleton Re Owner LLC
Jacksonville Nursing Home, Ltd.
Mifflin Re Owner LLC
OHI Asset (FL) Fort Myers, LLC
OHI Asset (FL) Jacksonville – 4101 Southpoint
Drive, LLC
OHI Asset (FL) Orange Park, LLC
OHI Asset (FL) Safety Harbor, LLC
OHI Asset (FL) Seminole, LLC
OHI Asset (FL) Tallahassee, LLC
OHI Asset (FL), LLC
OHI Asset (VA) Ashland, LLC
OHI Asset (VA) Norfolk – 3900 Llewellyn,
LLC
Pottsville Re Owner LLC
Selinsgrove Re Owner LLC
Welltower NNN Group LLC

**Lender**
MidCap
Omega Healthcare Investors, Inc.

**Members of United States Trustee Office for
Region 21, Atlanta Office**
Adriano O. Iqbal
Alan Hinderleider
Allison Cleary
Anne Cabrera
Beth Brown
Chevonne Ducille
David Weidenbaum
Deborah R. Jackson
Donavan Slack
Heidi O'Brien
Jonathan S. Adams
Lindsay Kolba
Lisa Smoot
Martin P. Ochs
Mary Ida Townson, U.S. Trustee
Michele Stephens-Taylor
R. Jeneane Treace, Assistant U.S. Trustee
Randal D. Ennever
Roslyn Dowdy
Roxana Peterson
Tara Kelly

**Official Creditors' Committee Members**
Amidon Nurse Staffing
CBD Services USA, LLC

8

Healthcare Negligence Settlement Recovery
Corp.
Healthcare Services Group, Inc.
Omnicare, Inc.
ShiftMed, LLC
The Estate of Nancy Walsh
Theodore Horrobin
Twin Med, LLC
Anthony & Partners
Continental PLLC
Foley & Lardner
Gordon & Partners
Mendes, Reins & Wilander
Pierson & Ferdinand
Stevens & Lee

**Top Unsecured Creditor**
Accurate Healthcare
Accurate Healthcare Professionals
Accurate Healthcare Professionals
American Health Associates Inc.
Amidon Nurse Staffing, LLC
Amidon Nurse Staffing, LLC
ATAAM Staffing, LLC
Care Advantage, Inc.
Careerstaff Unlimited LLC
Caremasters Healthcare Service
Caremasters Homehealth, LLC
Caremasters Homehealth, LLC
CBD Services USA LLC
CBD Services USA LLC
Coastal Care Nursing Assoc. Inc.
Coastal Care Staffing, LLC
Coastal Care Staffing, LLC
Comprehensive Energy Services
Connect RN Inc.
Direct Supply, Inc.
Dynafire Inc.
Ecapital Commercial Finance Corp
Ecapital Commerical Finance
Empirian Health, LLC
Estate of John O'Neill by Jacqueline O'Neill, PR
Estate of John O'Neill by Jacqueline O'Neill, PR
Favorite Healthcare Staffing
Focal Point Medical Staffing, Inc.
Fusion Medical Staffing LLC
Gale Healthcare Solutions
Gale Healthcare Solutions LLC
General Healthcare Resources
Grove Medical Inc.
Harman Claytor Corrigan

Healthcare Services Group
Healthcare Services Group, Inc.
Houlihan Lokey Financial
Indeed Inc.
Intelycare Inc.
Iron Mountain Inc.
Island Nurse Staffing
Island Nurse Staffing
Lifefleet Southeast Inc.
Maxim Healthcare Service
Maxim Healthcare Staffing
Maxim Healthcare Staffing
Medacure Inc.
Medic Air Systems Inc.
Milestone Staffing Services
Milestone Staffing Services
Nursecore Management Services
Nursecore Management Services LLC
Nursecore Management Services LLC
Nurses That Aid, LLC
Omega Health Care Investors, Inc.
Omega Health Care Investors, Inc.
Omega Landlords
Omega Landlords
Omega Lenders
Omega Lenders
Omnicare Inc.
Omnicare Inc.
Optimum
PA Nursing Facility Assessment
Powerback Rehabilitation
Powerback Rehabilitation
Precision Healthcare Staffing
Precision Healthcare, LLC
Precision Healthcare, LLC
Respiratory Health Services
Respiratory Health Services
S&J Healthcare, LLC
Shiftkey LLC
Shiftkey LLC
ShiftMed, LLC
ShiftMed, LLC
Snapmedtech, Inc.
Snapmedtech, Inc.
Staffquest Inc.
Superior Medical Staffing
Superior Medical Staffing
Twin Med LLC
Twin Med LLC
TwoMagnets Inc.
Worx Staffing Group Inc.

**Secured Lenders**
MidCap Financial Trust
MidCap Funding IV Trust
OHI Mezz Lender, LLC

**Taxing Authorities**
Adams County Tax Collector
Alachua County Tax Collector
Augusta County Treasurer
Bay County Tax Collector
Brevard County Tax Collector
Broward County Revenue Collector
Buncombe County Tax Collector
Caldwell County Tax Collector
Carbarrus County Tax Collector
Charlotte County Tax Collector
Cherokee County Tax Collector
Citrus County Tax Collector
City of Bossier
City of Lenoir Tax Office
City of Newport News
City of Norfolk
City of Norfolk Comm of Revenue
City of Roanoke Treasurer
City of Staunton Treasurer
City of Winona Tax Collector
Clay County Tax Collector
Clay County Tax Collector
Collier County Tax Collector
Columbia County Tax Collector
Commissioner of the Revenue (Newport News)
Commissioner of the Revenue (Roanoke)
Commissioner of the Revenue (Staunton)
Commonwealth of Kentucky
Concordia Parish
Duval County Tax Collector
Escambia County Tax Collector
Flagler County Tax Collector
Florida Department of Revenue
Floyd County
Grayson County
HAB-MISC
Hanover County
Hernando County Tax Collector
Hillsborough County Tax Collector
Isle of Wight County
James City County
Lauderdale County Tax Collector
Lee County, Florida
Leon County Tax Collector

Lincoln County Tax Administrator
Louisiana Department of Revenue
Luzerne County Treasurer's Office
Manatee County Tax Collector
Maryland State Dept of Assessments
Mecklenberg County Tax Collector
Miami-Dade County Tax Collector
Milford Township Tax Collector
Mississippi Department of Revenue
Montgomery County Tax Collector
N Manheim Township Tax Collector
Neshoba County Tax Collector
North Carolina Department of Revenue
Okaloosa County Tax Collector
Oktibbeha County Tax Collector
Orange County Tax Collector
Osceola County Tax Collector
Palm Beach County Tax Collector
Parish of Bossier (Whit)
Pennsylvania Department of Revenue
Pike County Tax Collector
Pinellas County Tax Collector
Polk County Tax Collector
Randolph County Tax Collector
Rutherford County Tax Collector
Sarasota County Tax Collector
Selinsgrove Tax Collector
Seminole County Tax Collector
Shenandoah County
Snake Springs Township Tax Collector
St. Lucie County Tax Collector
Stanly County Tax Collector
Stokes County Tax Department
Sumter County
Taxing Authority Consulting Services PC
Taylor County Tax Collector
Town of Andrews
Town of Ashland
Town of Ferriday Tax Collector
Town of Franklinton Tax Collector
Town of Independence, VA
Town of Woodstock
Town of Yadkinville
Town Windsor
Virginia Dept. of Taxation
Volusia County Tax Collector
Wake County Revenue Department
Washington Parish Sheriff's Office
Washington Parish Tax Collector
Yadkin County Tax Collector

**Unions**
District Council 86, American Federation of
State, County, and Municipal Employees,
AFL/CIO
District Council 87, American Federation of
State, County and Municipal Employees, AFL-
CIO
United Food & Commercial Workers Union
United Steel, Paper, and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers International Union Local
15198-01

**Utility Providers**
Advanced Telecom Systems
Afton Communications Corp.
Allbridge LLC
American Electric Power
Amerigas
Ascentium Capital LLC
Atmos Energy
Augusta County Service Authority
Bedford Rural Electric
Blossman LP Gas Service Inc.
Blue Ridge Energies, LLC
Blue Ridge Mountain Electric
Borough of Selinsgrove
Brask Enterprises Inc.
Brightspeed
Broad River Water Authority
Centerpoint Energy
CenturyLink
Charter Communications
Citizens Coop
City of Albemarle
City of Archdale
City of Asheville
City of Charlotte
City of Kannapolis
City of Lenoir
City of Lincolnton
City of McComb
City of Meridian
City of Raleigh
City of Staunton
City of Union
Clark Gas & Oil, Inc.
Clay County Water & Sewer District
Columbia Gas of Virginia
Comcast
County of Isle of Wight

Cox Business Services
Cox Communications
Curtis Bay Energy-Baltimore
Dominion Energy North Carolina
Dominion Energy Virginia
Dominion Virginia Power
DTE Incorporated
Duke Energy
Dumpster USA Inc.
Emco Consulting
Entergy
First Piedmont Waste Solution
Floyd County
Frontier Communications
Gas South LLC
GFL Environmental Holdings Inc.
Greater Hazleton Joint Sewer
Hanover County Dept.
Hazleton City Authority
HRSD
HRUBS
JEA
Koppys Propane Inc.
Level 3 Communications LLC
Lumos Networks
Maxxsouth Broadband
Mettel
Mississippi Power Company
Natchez Water Works
New Horizon Communications
Newport News Waterworks
North State Gas Service
Northland Communications
NRG Business Marketing
One Stop Communications of PA
Pak-Rite Rentals Inc.
Pen Teledata LP 1
Pheasant Ridge Land Investors LLC
Piedmont Natural Gas Co
PPL Electric Utilities
Republic Services $759
Republic Services Inc.
Roanoke Gas Co.
Schuykill County Municipal
Senior TV
Service Electric Cable
Shenandoah Valley Electric
Shentel
Snake Spring Township
Southern States Tidewater
Sparklight

Starkville Electric
Stericycle Inc.
Suburban Propane
Teco Peoples Gas
Time Warner Cable
Town of Andrews
Town of Cary
Town of Independence
Town of Walnut Cove
Town of Windsor
Town of Woodstock
Town of Yadkinville
Twilio Inc.
Twin Boroughs Sanitary
UGI Utilities
Verizon
Virginia Natural Gas
Washington Gas
Waste Management
Waste Pro
Weaver's Sanitation Service
Western Virginia Water Authority
Windstream
Winona Public Utility
Yadkin Propane
Yadkin Valley Telephone
Zito Media

## EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

### Relationships in Matters Related to These Proceedings

**None**

### Relationships in Unrelated Matters - Current

**Chapter 11 Professionals**
Kurtzman Carson Consultants LLC
McDermott Will & Emery LLP
Proskauer
Scorggins & Williamson
Stout Capital, LLC
Troutman Pepper Hamilton Sanders LLP

**Banks**
Capital One
Chase
Citi Bank
First National
First National Bank
PNC Bank
Regions Bank
TD Bank
Truist
Wells Fargo
Wells Fargo Bank

**Employee Benefit Providers**
Aflac
Automatic Data Processing, Inc.
AXA XL
Comdata
Elan Insurance
The Chubb Insurance Company
WEX, Inc.
Worldpay, Inc.
Zurich American Insurance Company

**Governmental Authorities**
Department of Health & Human Services
Department of Justice

**Insurance Carriers**
Arch Insurance North America
Arch Specialty Insurance Company
Axis Surplus Insurance Company

Beazley Insurance Company, Inc.
Endurance American Specialty Insurance
Company
Everest Indemnity Insurance Company
Hartford Fire Insurance Co.
HDI Global Specialty SE
Indian Harbor Insurance Company
Ironshore Specialty Insurance Company
Lexington Insurance Company
Lloyd's
Lloyds of London
MunichRe
National Union Fire Ins. Co. of Pittsburgh PA
Navigators Specialty Insurance Company
RSUI Indemnity Company
Travelers Property Casualty Co. of America
Twin City Fire Insurance Co.
XL Specialty Insurance

**Lender**
MidCap

**Official Creditors' Committee Members**
Healthcare Services Group, Inc.
Continental PLLC
Foley & Lardner

**Top Unsecured Creditor**
Healthcare Services Group
Iron Mountain Inc.
Maxim Healthcare Service
Maxim Healthcare Staffing
Optimum

**Secured Lenders**
MidCap Financial Trust

**Taxing Authorities**
Commonwealth of Kentucky

**Utility Providers**

| | |
|---|---|
| American Electric Power | Duke Energy |
| Atmos Energy | Entergy |
| Brightspeed | Frontier Communications |
| CenturyLink | Level 3 Communications LLC |
| Charter Communications | Republic Services Inc. |
| City of Raleigh | Stericycle Inc. |
| Comcast | Verizon |
| Cox Communications | Waste Management |

## Relationships in Unrelated Matters - Former

**Banks**
CIBC
CIBC Bank

**Employee Benefit Providers**
Voya Financial

**Insurance Carriers**
Starstone Specialty Insurance Company

**Utility Providers**
Allbridge LLC
Amerigas
Centerpoint Energy
Piedmont Natural Gas Co
UGI Utilities
Windstream