IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LAVIE CARE CENTERS, LLC, *et al.*,[1] | Case No. 24-55507 (PMB) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On October 7, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on October 8, 2024 at 9:30 a.m. (ET)** [Docket No. 516]

- **Reply in Support of Debtors' (A) Motion to Strike, (B) Cross-Motion to Compel, and (C) Opposition to Recovery Corp.'s Motion to Compel Discovery Responses** [Docket No. 517]

Furthermore, on October 7, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit D**:

*(Continued on Next Page)*

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

- **Notice of Agenda of Matters Scheduled for Hearing on October 8, 2024 at 9:30 a.m. (ET)** [Docket No. 516]

Dated: October 7, 2024

/s/ *Rigoberto Lopez*
Rigoberto Lopez
Verita
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

## Exhibit A
### Limited Service List
### Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to American Federation of State, County & Municipal Employees, AFL-CIO (AFSCME) | American Federation of State, County & Municipal Employees, AFL-CIO | Matthew Stark Blumin, Office of General Counsel | MBlumin@afscme.org |
| Creditors Committee Member / Top 30 Creditor | Amidon Nurse Staffing, LLC | Eli Schick | eschick@amidonns.com |
| Creditors Committee Member / Top 30 Creditor | Amidon Nurse Staffing, LLC |  | eschick@amidonns.com |
| Creditors Committee Member / Counsel for Claimants and Interested Parties | Anthony and Partners, LLC | John Anthony | janthony@anthonyandpartners.com; cfosdick@anthonyandpartners.com; eservice@anthonyandpartners.com |
| Counsel to Jacksonville Nursing Home, Ltd. | Baker Donelson Bearman Caldwell & Berkowitz, PC | Kathleen G Furr | Kfurr@BakerDonelson.com |
| Counsel to Floridean SNF Operations, LLC, Baya Pointe SNF Operations, LLC, and Osprey SNF Operations, LLC | Berman Fink Van Horn, P.C. | Lydia M. Hilton, William J. Piercy | lhilton@bfvlaw.com; wpiercy@bfvlaw.com; bpiercy@bfvlaw.com |
| Counsel to Empirian Health, LLC | Burr & Forman LLP | Derek F Meek | dmeek@burr.com |
| Counsel to Healthcare Services Group, Inc. | Burr & Forman LLP | Graham H Stieglitz | gstieglitz@burr.com |
| Creditors Committee Member | CDB Services USA, LLC | Sidney Robert Bradley | Sidney.Bradley@wecarestaffservices.com |
| Counsel to Office Business Solutions, LLC | Chinnery Evans & Nail, P.C. | Elizabeth S. Lynch | blynch@chinnery.com |
| Co-counsel to Davies Claims Solutions, LLC | Cohen Pollock Merlin Turner, P.C. | Bruce Z. Walker | bwalker@cpmtlaw.com |
| Counsel to Lawrenceville SNF Operations LLC, Fork Union SNF Operations LLC, Westover Hills SNF Operations LLC, Williamsburg SNF Operations LLC, Staunton SNF Operations LLC, Winchester SNF Operations LLC, Chelsea Operator LLC, Belmont Bay Operator, LLC, Southampton Operator, LLC, and Alexandria Operator, LLC | Copeland, Stair, Valz & Lovell LLP | Mark D. Lefkow, D. Gary Lovell, Jr. | mlefkow@csvl.law; glovell@csvl.law |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Attn James Muenker | james.muenker@dlapiper.com |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Attn Kira Mineroff | kira.mineroff@dlapiper.com |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Joseph A. Roselius | joseph.roselius@us.dlapiper.com |
| Counsel to the Debtors' Proposed DIP Lenders (TIX 33433 LLC) | DLA Piper LLP (US) | Emily Marshall | emily.marshall@us.dlapiper.com |
| Counsel to Elderberry Nursing Home Landlords | Elderberry | Attn C. Lynch Christian, III | clchristian@1000churchstreet.com |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Ferguson Braswell Fraser Kubasta PC | Attn Leighton Aiken | laiken@fbfk.law |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State Attorney General | Georgia Attorney General | Attorney General Chris Carr | Agcarr@law.ga.gov |
| Counsel to Welltower NNN Group, LLC | Gibson, Dunn & Crutcher LLP | Jeffrey C. Krause, Michael G. Farag | jkrause@gibsondunn.com; mfarag@gibsondunn.com |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Goodwin Proctor LLP | Attn Robert J Lemons, Liza L. Burton | RLemons@goodwinlaw.com; lburton@goodwinlaw.com |
| Counsel to Harts Harbor Health Landlords | Harts Harbor | Baker Donelson Bearman Caldwell & Berkowitz, PC | sadams@bakerdonelson.com |

In re LaVie Care Centers, LLC, et al.,
Case No. 24-55507 (PMB)

**Exhibit A**
**Limited Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to New Port Richey Opco, LLC, Pensacola Opco, LLC, Brandon Health Opco, LLC, Port Charlotte OpCo, LLC, Bayonet Opco, LLC, Sarasota Opco, LLC, Melbourne Opco LLC, Kissimmee Opco, LLC, and West Altamonte Opco, LLC | Hawkins Parnell & Young, LLP | Carl H. Anderson, Jr. | canderson@hpylaw.com |
| Creditors Committee Member | Healthcare Negligence Settlement Recovery Corp. | John M. Herskowitz | janthony@anthonyandpartners.com |
| Creditors Committee Member / Top 30 Creditor | Healthcare Services Group | Patrick J Orr, Pete Nenstiel | porr@hcsgcorp.com; pnenstiel@hcsgcorp.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to CAREmasters Homehealth LLC and CAREmasters Healthcare Services LLC | Jones & Walden LLC | Thomas T. McClendon | tmcclendon@joneswalden.com |
| Counsel to Powerback Rehabilitation, LLC d/b/a Powerback Rehabilitation and Respiratory Health Services, LLC d/b/a Powerback Respiratory | Keck Legal, LLC | Benjamin R. Keck | bkeck@kecklegal.com |
| Counsel to LEAF Capital Funding, LLC | Kilpatrick Townsend & Stockton LLP | Paul M. Rosenblatt | prosenblatt@ktslaw.com; ecfnotices@ktslaw.com |
| Counsel for Claimants and Interested Parties | Lamberth, Cifelli, Ellis & Nason, PA | G. Frank Nason, IV | fnason@lcenlaw.com |
| Counsel to CREA Brandon-C LLC and Brandon Health OpCo, LLC | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| Office of the United States Trustee for the Northern District of Georgia | Office of the United States Trustee | Jonathan S. Adams, R. Jeneane Treace | USTP.Region21@usdoj.gov; Jonathan.S.Adams@usdoj.gov; jeneane.treace@usdoj.gov |
| Creditors Committee Member / Top 30 Creditor | Omnicare Inc | Foley & Lardner, LLP | GGoodman@foley.com |
| Creditors Committee Member / Top 30 Creditor | Omnicare Inc | Greg Day | Gregory.Day@CVSHealth.com |
| Counsel to Carolina Rehabilitation & Surgical Associates, P.A. | Pamela P. Keenan | | pkeenan@kirschlaw.com |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Parker, Hudson, Rainer & Dobbs LLP | Bryan E. Bates | bbates@phrd.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to CDB Services USA LLC d/b/a weCare Staffing Services | Pierson Ferdinand LLP | Susan V Warner | susan.warner@pierferd.com |
| Creditors Committee Member / Counsel to CDB Services USA LLC d/b/a weCare Staffing Services | Pierson Ferdinand LLP | Thomas R Walker | thomas.walker@pierferd.com |
| Counsel to Welltower NNN Group, LLC | Polsinelli, PC | David E Gordon, Caryn E Wang, Ashley D Champion | dgordon@polsinelli.com; cewang@polsinelli.com; achampion@polsinelli.com |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Proskauer Rose LLP | Attn Charles A Dale | cdale@proskauer.com |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Proskauer Rose LLP | Dylan Marker | dmarker@proskauer.com |
| Counsel to United Steelworkers and AFSCME | Quinn, Connor, Weaver, Davies & Rouco, LLP | Glen M. Connor, Richard P. Rouco | gconnor@qcwdr.com; rrouco@qcwdr.com |
| Counsel to United Steelworkers and AFSCME | Quinn, Connor, Weaver, Davies & Rouco, LLP | Nicolas M. Stanojevich | nstanojevich@qcwdr.com |

**Exhibit A**
**Limited Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Gale Healthcare Solutions, LLC | Richelo Law Group, LLC | Thomas Richelo | trichelo@richelolaw.com |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Scroggins & Williamson & Ray, P.C. | Attn Matthew W Levin | mlevin@swlawfirm.com |
| Creditors Committee Member / Top 30 Creditor | Shiftmed, LLC | Continental PLLC | Jsuarez@continentalpllc.com |
| Creditors Committee Member / Top 30 Creditor | Shiftmed, LLC | Susan M. Overton, General Counsel | legal@shiftmed.com; susan.overton@shiftmed.com |
| Patient Care Ombudsman for Virginia Facilities | State Long-Term Care Ombudsman | Joani Latimer | Joani.Latimer@dars.virginia.gov |
| Patient Care Ombudsman for Mississippi Facilities | State Long-Term Care Ombudsman | Lisa M. Smith | LisaM.Smith@mdhs.ms.gov |
| Patient Care Ombudsman for Pennsylvania Facilities | State Long-Term Care Ombudsman | Margaret Barajas | Mbarajas@pa.gov |
| Patient Care Ombudsman for Florida Facilities | State Long-Term Care Ombudsman | Terri Cantrell | cantrellt@elderaffairs.org |
| Patient Care Ombudsman for North Carolina Facilities | State Long-Term Care Ombudsman | Victor Orija | Victor.Orija@dhhs.nc.gov |
| Creditors Committee Member / Counsel to Healthcare Services Group, Inc. | Stevens & Lee | Robert Lapowsky, Elizabeth Rogers | Robert.lapowsky@stevenslee.com; Elizabeth.rogers@stevenslee.com |
| Creditors Committee Member | Theodore Horrobin | Gordon & Partners | SFischer@fortheinjured.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Joanna J Cline | joanna.cline@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Matthew R Brooks, Deborah Kovsky-Apap | matthew.brooks@troutman.com; deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Pierce E. Rigney | pierce.rigney@troutman.com |
| Creditors Committee Member / Top 30 Creditor | Twin Med LLC | David Klarner | dklarner@twinmed.com |
| Creditors Committee Member / Top 30 Creditor | Twin Med LLC | | payments@twinmed.com |
| Counsel to the United States of America | U.S. Department of Justice, Civil Division | Louisa A. Soulard | louisa.soulard@usdoj.gov |
| Counsel to the United States of America | U.S. Department of Justice, Civil Division | Louisa A. Soulard | louisa.soulard@usdoj.gov |
| Counsel to Lakeview SNF Operations LLC, Palm Springs SNF Operations LLC, Franco SNF Operations LLC, Lake Parker SNF Operations LLC, and Vero Beach Operations, LLC | UB Greensfelder LLP | Jennifer Snyder Heis | jheis@ubglaw.com |
| Counsel to the Internal Revenue Service | United States Attorney's Office | Vivieon Kelly Jones, Assistant US Attorney | vivieon.jones@usdoj.gov |
| Co-counsel to Davies Claims Solutions, LLC | Updike, Kelly & Spellacy, P.C. | Kevin J. McEleney | kmceleney@uks.com |
| Counsel to the Debtors' Prepetition ABL Lender (MidCap Funding IV Trust) | Vedder Price PC | Attn Kathryn L Stevens | kstevens@vedderprice.com |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to Superior Medical Staffing and Gale Healthcare Solutions, LLC | Walters Levine & DeGrave | Heather A. DeGrave | hdegrave@walterslevine.com; jduncan@walterslevine.com |

# Exhibit B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Recovery Corp. | Anthony & Partners, LLC | John A. Anthony, Nicholas Lafalce | janthony@anthonyandpartners.com; nlafalce@anthonyandpartners.com |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Ferguson Braswell Fraser Kubasta PC | Attn Leighton Aiken | laiken@fbfk.law |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Goodwin Proctor LLP | Attn Robert J Lemons, Liza L. Burton | RLemons@goodwinlaw.com; lburton@goodwinlaw.com |
| Counsel to the Prepetition Omega Secured Parties, Omega Landlords, and Proposed DIP Lenders (OHI DIP Lender, LLC & OHI Mezz Lender, LLC) | Scroggins, Williamson & Ray, P.C. | Attn Matthew W Levin | mlevin@swlawfirm.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Matthew R Brooks, Deborah Kovsky-Apap | matthew.brooks@troutman.com; deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Pierce E. Rigney | pierce.rigney@troutman.com |

# Exhibit C

**Exhibit C**
**Limited Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Centers for Medicare & Medicaid Services | Centers for Medicare & Medicaid Services | | 7500 Security Blvd | | Baltimore | MD | 21244 |
| Georgia Department of Revenue | Georgia Department of Revenue | Attn Bankruptcy Dept | State Revenue Commissioner | 1800 Century Blvd NE, Suite 15300 | Atlanta | GA | 30345 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Securities & Exchange Commission | U.S. Securities & Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road NE, Suite 900 | | Atlanta | GA | 30326-1382 |
| United States Attorney for the Northern District of Georgia | United States Attorney Northern District of Georgia | | 600 Richard B Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303-3309 |

In re LaVie Care Centers, LLC, et al.,
Case No. 24-55507 (PMB)

Page 1 of 1

# Exhibit D

**Exhibit D**
**Movants Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Mary Ann Iezzoni, as agent-in fact for Angeline Laman | Ballard Spahr LLP | Keisha O. Coleman | colemank@ballardspahr.com |
| Counsel to Mary Ann Iezzoni, as agent-in fact for Angeline Laman | Ballard Spahr LLP | Nicholas J. Brannick | brannickn@ballardspahr.com |
| Counsel to Mary Ann Iezzoni, as agent-in fact for Angeline Laman | Hourigan, Kluger & Quinn P.C. | Kathleen Quinn DePillis, Ryan M. Molitoris | kdepillis@hkqlaw.com; rmolitoris@hkqlaw.com |
| Counsel for Occilien and Ormond | Lamberth, Cifelli, Ellis & Nason, P.A. | G. Frank Nason, IV | fnason@lcenlaw.com |
| Counsel to the Estate of Mary Garrett | Quinn Legal, P.A. | Erin M. Rose Quinn, Esq. | equinn@quinnlegal.com; kmiller@quinnlegal.com; eservice@quinnlegal.com |
| Attorneys for Stephanie Sifrit, as Personal Representative of the Estate of Janet Smith | Taylor English Duma LLP | John K. Rezac | jrezac@taylorenglish.com |
| Counsel to Ana Almonte | The Law Office Oflefkoff, Rubin, Gleason, Russo & Williams, P.C. | Philip L. Rubin | prubin@lrglaw.com |