

**IT IS ORDERED as set forth below:**

**Date: October 10, 2024**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No.: 24-55507-PMB |
| LAVIE CARE CENTERS, LLC, et. al.,[1] | Chapter 11 |
| | Cases Jointly Administered |
| Debtors. | |

_____

### ORDER GRANTING MOTION TO REDACT

Healthcare Negligence Settlement Recovery Corp. ("Recovery Corp.") filed a *Motion to Redact Docket 503* (the "Motion to Redact")(Docket No. 508), in the above-captioned Chapter 11 cases on October 4, 2024. Recovery Corp. seeks to remove Exhibits "A", "B" and "C" originally filed with and attached to *Recovery Corp.'s Combined (A) Response in Opposition to Debtors' Motion to Strike, (B) Response in Opposition to Debtors' Cross-Motion to Compel, and (C) Reply to Debtors' Response to Recovery Corp.'s Compel Motion* (the "Recovery Response")(Docket No.

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

503), filed on October 3, 2024, and replace the same with Exhibits "A", "B" and "C", filed with

and attached to the Motion to Redact, it is hereby

**ORDERED that:**

1.    The Motion is granted.

2.    Exhibits "A", "B", and "C", originally filed with the Recovery Response shall be

restricted from the docket and replaced with Exhibits "A", "B", and "C", that were submitted

with and attached to the Motion to Redact.

**END OF DOCUMENT**

2

**Prepared and presented by**:

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number:  0731013
janthony@anthonyandpartners.com
**NICHOLAS LAFALCE, ESQUIRE**
Florida Bar Number:  0119250
nlafalce@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Tel.: 813/273-5616 | Fax: 813/221-4113
Attorneys for Recovery Corp.

**DISTRIBUTION LIST**

Daniel M. Simon, Esquire
Nathan Bull, Esquire
MCDERMOTT WILL & EMERY LLP
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309

Francis Lawall, Esquire
Deborah Kovsky-Apap, Esquire
Troutman Pepper
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

John A. Anthony, Esquire
Nicholas Lafalce, Esquire
ANTHONY & PARTNERS, LLC
100 South Ashley Drive, Suite 1600
Tampa, FL 33602

Jonathan S. Adams, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

UNITED STATES MARSHALS SERVICE
Richard B. Russell Federal Building and Courthouse
75 Ted Turner Drive SW, Suite 1600
Atlanta, GA 30303

4

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                          Case No. 24-55507-pmb

LaVie Care Centers, LLC                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 28 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: pdf652 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaVie Care Centers, LLC, 1040 Crown Pointe Pkwy, Suite 600, Atlanta, GA 30338-4741 |
| aty | + | Nicholas Lafalce, Anthony & Partners, LLC, Suite 1600, 100 S. Ashley Drive, Tampa, FL 33602-5318 |
| aty | + | Timothy C Cramton, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |
| | | Deborah Kovsky-Apap, Troutman Pepper, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103 |
| | + | John A. Anthony, Esquire, Nicholas Lafalce, Esquire, ANTHONY & PARTNERS, LLC, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| | + | UNITED STATES MARSHALS SERVICE, Richard B. Russell Federal Building, and Courthouse, 75 Ted Turner Drive SW, Suite 1600, Atlanta, GA 30303-3311 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Hammer | |
| | on behalf of Creditor LEAF Capital Funding  LLC ahammer@ktslaw.com |
| Andrew S. Koelz | |
| | on behalf of Creditor Cigna Health and Life Insurance Company akoelz@huntonak.com |
| Ashley Champion | |
| | on behalf of Creditor Welltower NNN Group  LLC achampion@polsinelli.com, ggodfrey@polsinelli.com |

**Case 24-55507-pmb   Doc 542   Filed 10/12/24   Entered 10/13/24 00:48:13   Desc**
**Imaged Certificate of Notice   Page 6 of 32**

District/off: 113E-9                    User: bncadmin                    Page 2 of 28
Date Rcvd: Oct 10, 2024                 Form ID: pdf652                   Total Noticed: 6

Benjamin R Keck
on behalf of Creditor Respiratory Health Services  LLC bkeck@kecklegal.com,
2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Benjamin R Keck
on behalf of Creditor Powerback Rehabilitation  LLC bkeck@kecklegal.com,
2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Bruce Z. Walker
on behalf of Creditor Davies Claims Solutions  LLC bwalker@cpmtlaw.com, jpenston@cpmtlaw.com

Bryan E. Bates
on behalf of Creditor MidCap Funding IV Trust bbates@phrd.com

Carl H. Anderson, Jr.
on behalf of Interested Party BrandonHealth Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Bayonet Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Pensacola Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Sarasota Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Kissimmee Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party New Port Richey Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Port Charlotte OpCo  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party West Altamonte Opco  LLC canderson@hpylaw.com, ttran@hptylaw.com

Carl H. Anderson, Jr.
on behalf of Interested Party Melbourne Opco LLC canderson@hpylaw.com  ttran@hptylaw.com

Caryn E. Wang
on behalf of Creditor Welltower NNN Group  LLC cewang@polsinelli.com

Catherine T. Lee
on behalf of Debtor LaVie Care Centers  LLC clee@mwe.com

Daniel M. Simon
on behalf of Debtor Swan Pointe Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor FLLVMT  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial HealthCare Properties Corporation dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 741 South Beneva Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 611 South 13th Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 3110 Oakbridge Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Envoy Management Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 6305 Cortez Road West Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 1507 South Tuttle Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 9311 South Orange Blossom Trail Operations LLC dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 12170 Cortez Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Chenal HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Kissimmee Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Pikesville  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Fork Union  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Denton  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Williamsburg  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Whitehall of Ann Arbor Healthcare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Green Cove Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Augusta Health Care Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Wellston Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Lidenskab  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Reeders Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial HealthCare Management Corporation dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Libby HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 650 Reed Canal Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor CHPC Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 2826 Cleveland Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LVE Master Tenant 4  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Milton HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Miami Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Cypress Manor Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1120 West Donegan Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Ridgewood Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Parkwell HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Melbourne Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Level Up Staffing  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 702 South Kings Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

District/off: 113E-9                          User: bncadmin                                 Page 4 of 28
Date Rcvd: Oct 10, 2024                       Form ID: pdf652                                 Total Noticed: 6

Daniel M. Simon

on behalf of Debtor 15204 West Colonial Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Kissimmee Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Capital Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 3735 Evans Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Winona Manor HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Wayne HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Consulate MZHBS Leaseholdings  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff North Fort Myers Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 12170 Cortez Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 11565 Harts Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Lawrenceville  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Luther Ridge Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Woodbine HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1615 Miami Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 702 South Kings Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Melbourne Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Crestline Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor NENC HealthCare Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Norfolk  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Pinewood HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Genoa Healthcare Consulting  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Mount Royal Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Parkside Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 1120 West Donegan Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 3735 Evans Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Paloma Blanca Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial Acquisition Corporation dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial HealthCare Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

District/off: 113E-9 | User: bncadmin | Page 5 of 28
Date Rcvd: Oct 10, 2024 | Form ID: pdf652 | Total Noticed: 6

Daniel M. Simon
on behalf of Debtor Montclair HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Kings Daughters Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff Tallahassee Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 9311 South Orange Blossom Trail Operations LLC dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Consulate Facility Leasing  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Canonsburg Property Investors  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Riverview of Ann Arbor HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor LVE Master Tenant 3  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Ashland Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Whispering Hills Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Orange Park Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 518 West Fletcher Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Rispetto  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Grayson Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 2826 Cleveland Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Catalina Gardens Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Penn Village Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Envoy of Richmond  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 6305 Cortez Road West Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Frostburg Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Newport News Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Consulate EV Acquisition  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Southpoint Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial Professional Therapy Services Corporation dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor HFLLVMT  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Envoy Health Care  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Clearwater HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor THS Partners II Inc. dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Consulate Facility Leasing  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Ambassador Rehabilitative Services  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Parkview HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Down East HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Royal Terrace HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Pennknoll Village Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Forest Hills  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Tosturi  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 4641 Old Canoe Creek Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Assisted Living at Frostburg Village Facility Operations  LLC dmsimon@mwe.com,
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Piketon Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Brentwood Meadow Health Care Associates  LLC dmsimon@mwe.com,
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 195 Mattie M. Kelly Boulevard Operations LLC dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Josera  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor VAPAMT  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LVE Master Tenant 1  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 3101 Ginger Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Kannapolis HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 9035 Bryan Dairy Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Wellington HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Alexandria  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Valley View HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Glenburney HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 5065 Wallis Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Tosturi  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor CHIC Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1465 Oakfield Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Whitehall of Novi HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 710 North Sun Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Lucasville II Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 518 West Fletcher Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor North Fort Myers Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Sea Crest Management Investment  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Pinelake HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Epsilon Health Care Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Consulate NHCG Leaseholdings  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1937 Jenks Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 125 Alma Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor D.C. Medical Investors Limited Partnership dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Oaks at Sweeten Creek HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1851 Elkcam Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 6414 13th Road South Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1061 Virginia Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 2939 South Haverhill Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 11565 Harts Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Bossier HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Onetete  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Locust Grove Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LV Operations II  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Brandon Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor St. Petersburg Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Transitional Health Partners dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 777 Ninth Street North Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Briley Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 6700 NW 10th Place Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Epsilon Health Care Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Lake Parker Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Norfolk Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial Newco Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 1010 Carpenters Way Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff New Port Richey Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 4200 Washington Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial HealthCare Holding Company  LLC dmsimon@mwe.com,
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor VNTG HD Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 626 North Tyndall Parkway Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Skyline Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Wilora Lake HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 1615 Miami Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Florida Health Care Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 1851 Elkcam Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Grant Park Nursing Home Limited Partnership dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Cardinal North Carolina HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Hilltopper Holding Corp. dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Sarasota Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor North Strabane Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Genoa Healthcare Group  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 3920 Rosewood Way Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Catalina Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff West Altamonte Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Walnut Cove HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Pheasant Ridge Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

District/off: 113E-9                                  User: bncadmin                                    Page 9 of 28
Date Rcvd: Oct 10, 2024                              Form ID: pdf652                                  Total Noticed: 6

on behalf of Debtor Centennial Management Investment  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 216 Santa Barbara Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 1550 Jess Parrish Court Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Coastal Administrative Services  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor QCPMT  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 2333 North Brentwood Circle Operations LLC dmsimon@mwe.com
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Josera  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Pavilion at St. Luke Village Facility Operations  LLC dmsimon@mwe.com,
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Envoy of Staunton  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Retirement Village of North Strabane Facility Operations  LLC dmsimon@mwe.com,
dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 2333 North Brentwood Circle Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Transitional Health Services  Inc. dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Augusta Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Oak Grove HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor LVE Holdco  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Consulate Management Company III  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Brownsboro Hills HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Starkville Manor HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Alpha Health Care Properties  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 3101 Ginger Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor LTC Insurance Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor RAC Insurance Investors  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 1111 Drury Lane Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 1026 Albee Farm Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Hurstbourne HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Parkview Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Cheswick Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

District/off: 113E-9                  User: bncadmin                 Page 10 of 28
Date Rcvd: Oct 10, 2024            Form ID: pdf652                 Total Noticed: 6

Daniel M. Simon
on behalf of Debtor McComb HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor New Harmonie HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Susquehanna Village Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Franklinton HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Summit Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor CHMC Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Williamsburg Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Kenton Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Ambassador Ancillary Services  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 3001 Palm Coast Parkway Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Consulate EV Operations I  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial HealthCare Investment Corporation dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Hunter Woods HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 15204 West Colonial Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Centennial SEHC Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff 5405 Babcock Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor 9355 San Jose Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Ashton Court HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Legends Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff Baya Nursing and Rehabilitation  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Tallahassee Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Vero Beach Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff LaVie Care Centers  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Westwood HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Manor at St. Luke Village Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Plaintiff Port Charlotte Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
on behalf of Debtor Shoreline Healthcare Management  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

District/off: 113E-9
Date Rcvd: Oct 10, 2024

User: bncadmin
Form ID: pdf652

Page 11 of 28
Total Noticed: 6

Daniel M. Simon

on behalf of Debtor Brandon Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 7950 Lake Underhill Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor New Port Richey Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Stratford Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Port Charlotte Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 3825 Countryside Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Safety Harbor Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Charlwell HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1445 Howell Avenue Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Willowbrook HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Kimwell HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Lidenskab  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Pine River HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial Service Corporation - Grant Park dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Osprey Nursing and Rehabilitation  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Omro HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Goochland  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Gateway HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Parkview Manor HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Tarpon Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff 741 South Beneva Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 6414 13th Road South Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 10040 Hillview Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Carey Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LVLUPH  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Plaintiff Floridian Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 777 Ninth Street North Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial Employee Management  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

District/off: 113E-9                          User: bncadmin                          Page 12 of 28
Date Rcvd: Oct 10, 2024                       Form ID: pdf652                         Total Noticed: 6

Daniel M. Simon
                    on behalf of Debtor Bayonet Point Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Plaintiff 1550 Jess Parrish Court Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Salus Management Investment  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Sheridan Indiana HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor 5405 Babcock Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Plaintiff Jacksonville Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor 4641 Old Canoe Creek Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Miami Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Plaintiff 1465 Oakfield Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Plaintiff 9355 San Jose Boulevard Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Ferriday HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Winter Haven Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Plaintiff LV CHC Holdings I  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Centennial Five Star Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Floridian Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Harbor Pointe Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Envoy of Woodbridge  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor 7950 Lake Underhill Road Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor THS Partners I  Inc. dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor LVFH Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Lincoln Center HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Baya Nursing and Rehabilitation  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Consulate EV Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor 1820 Shore Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Forrest Oakes HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Riverbend HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Country Meadow Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon
                    on behalf of Debtor Westerville Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

District/off: 113E-9
Date Rcvd: Oct 10, 2024
User: bncadmin
Form ID: pdf652
Page 13 of 28
Total Noticed: 6

Daniel M. Simon

on behalf of Debtor KD HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LaVie Care Centers  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LVE Master Tenant 2  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Cary HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Greenfield Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Hilltop Mississippi HealthCare  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Windsor Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 2916 Habana Way Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 1010 Carpenters Way Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor LV CHC Holdings I  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Perry Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor MA Healthcare Holding Company  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Coastal Management Investment  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Woodstock Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Lucasville I Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 4200 Washington Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial HealthCare Corporation dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Centennial Master Subtenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 2401 NE 2nd Street Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Edinborough Square Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Donegan Square Health Care Associates  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 710 North Sun Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Winchester  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor 500 South Hospital Drive Operations LLC dmsimon@mwe.com  dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor North Carolina Master Tenant  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Envoy of Somerset  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

on behalf of Debtor Lakeland Facility Operations  LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com

Daniel M. Simon

| | |
|---|---|
| | on behalf of Debtor Emerald Ridge HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Plaintiff 6700 NW 10th Place Operations LLC dmsimon@mwe.com dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Plaintiff Orange Park Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Pensacola Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Plaintiff 3001 Palm Coast Parkway Operations LLC dmsimon@mwe.com dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor LV Operations I LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Riley HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Jacksonville Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor West Palm Beach Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Hollywell HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Kenwood View HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor 216 Santa Barbara Boulevard Operations LLC dmsimon@mwe.com dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Cypress Square Health Care Associates LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Jennings HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Garden Court HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Clay County HealthCare LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor West Altamonte Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Daniel M. Simon | |
| | on behalf of Debtor Perry Village Facility Operations LLC dmsimon@mwe.com, dnorthrop@mwe.com;ekeil@mwe.com |
| Dante Wen | |
| | on behalf of Creditor LEAF Capital Funding LLC dwen@ktslaw.com |
| David E. Gordon | |
| | on behalf of Creditor Welltower NNN Group LLC dgordon@polsinelli.com, ATLDocketing@polsinelli.com;rbanks@polsinelli.com |
| Deborah Kovsky-Apap | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors deborah.kovsky@troutman.com |
| Derek Meek | |
| | on behalf of Interested Party Empirian Health LLC dmeek@burr.com, mgunnells@burr.com |
| Elizabeth Barger Rose | |
| | on behalf of Creditor UnitedHealthcare Insurance Company Elizabeth@caiolarose.com amber@caiolarose.com;tina@caiolarose.com |
| Elizabeth S. Lynch | |
| | on behalf of Creditor Office Business Solutions LLC blynch@chinnery.com |
| Emily Ballard Marshall | |
| | on behalf of Creditor TIX 33433 LLC emily.marshall@us.dlapiper.com |
| Emily C. Keil | |
| | on behalf of Debtor LaVie Care Centers LLC ekeil@mwe.com |
| Erin M. Rose Quinn | |
| | on behalf of Creditor Estate of Mary Garrett equinn@quinnlegal.com |
| Francis J. Lawall | |

on behalf of Creditor Committee Official Committee of Unsecured Creditors francis.lawall@troutman.com
henrys@pepperlaw.com

G. Frank Nason, IV

    on behalf of Creditor Catherine Druelle fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Jeffrey J Cunningham fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor John M. Griffin fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Barbara Wilkie fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Benny Gibson fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Harry Barrett fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Barbara O'Berry fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Roosevelt Hill fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Nettie P. McKinnon-Murphy fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Avram Oegar fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Mary Foster fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Gwendolyn McCray fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Mary J. Hause fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Judy Guelich fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Watson Similien Occilien fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Louise Walker fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Larry R. Davis fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Karen Paul-Bennett fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Juliette Mompoint fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Vernon Lee Meyer fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Doris Mitchell fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Mary Holt fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

    on behalf of Creditor Estate of Ingrid K. Lane fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

District/off: 113E-9    User: bncadmin    Page 16 of 28
Date Rcvd: Oct 10, 2024    Form ID: pdf652    Total Noticed: 6

G. Frank Nason, IV
      on behalf of Creditor Estate of Rosenda Clavijo fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of James Edward Hall fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of David G. Murison fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Anthony Manuel fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Marguerite Sampson fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Gertrude Rousseau fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Suzanne Perez fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Emma Foster  as Plenary Guardian of the Ward Levi Foster fnason@lcenlaw.com,
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Aldemaro Rojas fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Sharon Acevedo fnason@lcenlaw.com  NasonFR86494@notify.bestcase;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Charles Donald fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Donald Garrett fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Tereather Powell fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Alfonso Mazza fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Billy Joe Early fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Delano Skow fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Bertha Tillman fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Nancy A. Cherba fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Buddy R. Malcomb fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Bergilise Occilien fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Gloria Rojas fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
      on behalf of Creditor Estate of Luz M. Martinez fnason@lcenlaw.com
      NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

District/off: 113E-9

Date Rcvd: Oct 10, 2024

User: bncadmin

Form ID: pdf652

Page 17 of 28

Total Noticed: 6

G. Frank Nason, IV
on behalf of Creditor Vickie McHenry fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Marina Padron fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Catherine Taylor fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of William A. Thompson fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Theresa Mary Burdieri fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Bobby Blair fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Joan Kay Higgins fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Lula Mae Walker fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Delia Rodriguez fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Chester Woodard  Jr fnason@lcenlaw.com, NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Doneatha Cobb fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Mirelle Pina fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Peggy Knicley fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Rosita Thenor fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Sylvia Celestin fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Anna Marie Brown Smith fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Crispin D. Ortiz fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Gail Rigas fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Martin Nielsen fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Gerardo Vargas fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Nelia Bershadski fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Ehud Gager fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Stanley McKenzie fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

District/off: 113E-9
Date Rcvd: Oct 10, 2024

User: bncadmin
Form ID: pdf652

Page 18 of 28
Total Noticed: 6

G. Frank Nason, IV
on behalf of Creditor Estate of Kevin R. Aker fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Don Howard fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of James Millsap fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Christine Thompson fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Rafael Vega fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor John Barry fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Gloria Mackey fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Maria Joseph fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Edwin A. Zayas Torres fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Moses Scott  III fnason@lcenlaw.com,
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Mildred G. Fluellen fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Mary Ashley fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Richard Kolbe fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Lular Owens fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Jessie White fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Juanita Jones fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Dorothy Johnson Norris fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Doris Moran fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Susan Whitcomb fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Ginger Ormond fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Bebee Abel fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Mae Liza Knight fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Carolyn Wayt fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
on behalf of Creditor Estate of Jose Rafael Diaz fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

District/off: 113E-9    User: bncadmin    Page 19 of 28
Date Rcvd: Oct 10, 2024    Form ID: pdf652    Total Noticed: 6

G. Frank Nason, IV
    on behalf of Creditor Estate of Philomene A. Antoine fnason@lcenlaw.com
    NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
    on behalf of Creditor Estate of Shirley Gates fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
    on behalf of Creditor Estate of Madeline Graham fnason@lcenlaw.com
    NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
    on behalf of Creditor Estate of David McGhee fnason@lcenlaw.com
    NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV
    on behalf of Creditor Estate of Nessa fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

Garrett A. Nail
    on behalf of Creditor Johnson Controls Fire Protection LP gnail@pgnlaw.com  bharrison@pgnlaw.com

Graham H. Stieglitz
    on behalf of Creditor Healthcare Services Group  Inc. gstiegli@burr.com

Heather Allyn DeGrave
    on behalf of Creditor Superior Medical Staffing hdegrave@walterslevine.com  jduncan@walterslevine.com

Heather Allyn DeGrave
    on behalf of Creditor Gale Healthcare Solutions  LLC hdegrave@walterslevine.com, jduncan@walterslevine.com

Jack Gabriel Haake
    on behalf of Debtor LaVie Care Centers  LLC jhaake@mwe.com

Jeffrey C. Wisler
    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jennifer Snyder Heis
    on behalf of Creditor Lakeview SNF Operations LLC jheis@ulmer.com

Jennifer Snyder Heis
    on behalf of Creditor Lake Parker SNF Operations LLC jheis@ulmer.com

Jennifer Snyder Heis
    on behalf of Creditor Franco SNF Operations LLC jheis@ulmer.com

Jennifer Snyder Heis
    on behalf of Creditor Palm Springs SNF Operations LLC jheis@ulmer.com

Jennifer Snyder Heis
    on behalf of Creditor Vero Beach Operations LLC jheis@ulmer.com

Joanna J. Cline
    on behalf of Creditor Committee Official Committee of Unsecured Creditors joanna.cline@troutman.com

John Anthony
    on behalf of Creditor Estate of Roosevelt Hill janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of David McGhee janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Mary Ashley janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Gail Rigas janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Madeline Graham janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Jose Rafael Diaz janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Luz M. Martinez janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Bebee Abel janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Charles Donald janthony@anthonyandpartners.com

John Anthony
    on behalf of Creditor Estate of Gerardo Vargas janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Benny Gibson janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Karen Paul-Bennett janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Susan Whitcomb janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Buddy R. Malcomb janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Carolyn Wayt janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Louise Walker janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Martin Nielsen janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Marina Padron janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Rosenda Clavijo janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Larry R. Davis janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Richard Kolbe janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Doneatha Cobb janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of William A. Thompson janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Don Howard janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Delano Skow janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Anna Marie Brown Smith janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Rafael Vega janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Crispin D. Ortiz janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Gloria Mackey janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Chester Woodard  Jr janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Florida Limited Liability Company janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Lular Owens janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Emma Foster  as Plenary Guardian of the Ward Levi Foster janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Jessie White janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor John Barry janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Juanita Jones janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Catherine Druelle janthony@anthonyandpartners.com

John Anthony
                    on behalf of Creditor Estate of Aldemaro Rojas janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Suzanne Perez janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Gertrude Rousseau janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Philomene A. Antoine janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Maria Joseph janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Kevin R. Aker janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Nelia Bershadski janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Ingrid K. Lane janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Billy Joe Early janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Judy Guelich janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Donald Garrett janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Tereather Powell janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Vernon Lee Meyer janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Shirley Gates janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Stanley McKenzie janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Barbara Wilkie janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Marguerite Sampson janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Nancy A. Cherba janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Mary Foster janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Theresa Mary Burdieri janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Dorothy Johnson Norris janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Lula Mae Walker janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of James Edward Hall janthony@anthonyandpartners.com

John Anthony
on behalf of Defendant Healthcare Negligence Settlement Recovery Corp. janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Rosita Thenor janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Gloria Rojas janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Mary J. Hause janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of Mirelle Pina janthony@anthonyandpartners.com

John Anthony
on behalf of Creditor Estate of James Millsap janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Joan Kay Higgins janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Catherine Taylor janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of David G. Murison janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Doris Moran janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Mary Holt janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Bobby Blair janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Bertha Tillman janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Mae Liza Knight janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Juliette Mompoint janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Anthony Manuel janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Doris Mitchell janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Sylvia Celestin janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Barbara O'Berry janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Gwendolyn McCray janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Peggy Knicley janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Alfonso Mazza janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor John M. Griffin janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Delia Rodriguez janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Nessa janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Jeffrey J Cunningham janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Avram Oegar janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Sharon Acevedo janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Harry Barrett janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Nettie P. McKinnon-Murphy janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Christine Thompson janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Healthcare Negligence Settlement Recovery Corp. LLC janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Vickie McHenry janthony@anthonyandpartners.com

John Anthony

on behalf of Creditor Estate of Moses Scott  III janthony@anthonyandpartners.com

District/off: 113E-9                          User: bncadmin                          Page 23 of 28
Date Rcvd: Oct 10, 2024                       Form ID: pdf652                         Total Noticed: 6

John Anthony
       on behalf of Creditor Estate of Edwin A. Zayas Torres janthony@anthonyandpartners.com

John Anthony
       on behalf of Creditor Estate of Ehud Gager janthony@anthonyandpartners.com

John Anthony
       on behalf of Creditor Estate of Mildred G. Fluellen janthony@anthonyandpartners.com

John K. Rezac
       on behalf of Creditor Estate of Janet Smith jrezac@taylorenglish.com  twesley@taylorenglish.com

Jonathan S. Adams
       on behalf of U.S. Trustee Office of the United States Trustee jonathan.s.adams@usdoj.gov

Kathleen G. Furr
       on behalf of Creditor Jacksonville Nursing Home  Ltd. kfurr@bakerdonelson.com,
       smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Keisha O. Coleman
       on behalf of Creditor Mary Ann Iezzoni  as Agent-in-Fact for Angeline Lamana colemank@ballardspahr.com

Kevin J. McEleney
       on behalf of Creditor Davies Claims Solutions  LLC kmceleney@uks.com

Leighton Aiken
       on behalf of Creditor FC Encore Deltona  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor OHI Asset (VA) Norfolk 3900 Llewellyn  LLC, a Delaware limited liability company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Winona  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
       company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Bossier City II  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore S. Daytona  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor CSE Woodfin LP  a Delaware limited partnership laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Brooksville II  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Ferriday  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor CSE Knightdale LP  a Delaware limited partnership laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Merritt Island  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Meridian  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
       company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Archdale  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
       company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Hollywood  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor Pottsville RE Owner LLC  a Delaware limited liability company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Naples  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
       company laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Rutherfordton  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Callaway  LLC laiken@fbfk.law

Leighton Aiken
       on behalf of Creditor FC Encore Brooksville I  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore St. Cloud  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Titusville  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor Everett RE Owner LLC  a Delaware limited liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Orlando  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Starkville  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Cape Coral  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor OHI DIP Lender  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor OHI Asset (VA) Ashland  LLC, a Delaware limited liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Lake Mary  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Rutherfordton  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited
liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Union  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Destin  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Palm Coast  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Andrews  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Bradenton  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Lecanto  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Winter Garden  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore McComb  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Kannapolis  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Starkville  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore W. Palm Beach  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Tampa  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor Selinsgrove RE Owner LLC  a Delaware limited liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor CSE Walnut Cove LLC  a Delaware limited liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Andrews  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Pompano Beach  LLC laiken@fbfk.law

District/off: 113E-9
Date Rcvd: Oct 10, 2024

User: bncadmin
Form ID: pdf652

Page 25 of 28
Total Noticed: 6

Leighton Aiken

on behalf of Creditor FC Encore Naples  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Brandon  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Pensacola  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Albemarle  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Dunedin  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Yadkinville  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor Hazleton RE Owner LLC  a Delaware limited liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Lakeland  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Cary  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor CSE Arden LP  a Delaware limited partnership laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Charlotte  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Properties B Holdco  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited
liability company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Natchez  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Venice  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Natchez  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor CSE Lenoir LP  a Delaware limited partnership laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Winona  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Tallahassee I  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Palm Bay  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Meridian  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Yadkinville  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Albemarle  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Union  LLC, a Delaware, Florida, Louisiana, Mississippi or North Carolina limited liability
company laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Fort Myers  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor FC Encore Englewood  LLC laiken@fbfk.law

Leighton Aiken

District/off: 113E-9                         User: bncadmin                              Page 26 of 28
Date Rcvd: Oct 10, 2024                      Form ID: pdf652                              Total Noticed: 6

on behalf of Creditor FC Encore Crestview LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor OHI Mezz Lender  LLC laiken@fbfk.law

Leighton Aiken

on behalf of Creditor Mifflin RE Owner LLC  a Delaware limited liability company laiken@fbfk.law

Lisa Wolgast

on behalf of Creditor Corporate Fleet Services  Inc. lisa.wolgast@btlaw.com,
talia.wagner@btlaw.com,marisa.howell@btlaw.com,LOFarrell@btlaw.com

Liza L Burton

on behalf of Creditor OHI DIP Lender  LLC lburton@goodwinlaw.com

Liza L Burton

on behalf of Creditor OHI Mezz Lender  LLC lburton@goodwinlaw.com

Louisa Soulard

on behalf of Interested Party United States of America louisa.soulard@usdoj.gov

Lydia M Hilton

on behalf of Interested Party Floridean SNF Operations  LLC lhilton@bfvlaw.com, mdorsett@bfvlaw.com

Lydia M Hilton

on behalf of Interested Party Baya Pointe SNF Operations  LLC lhilton@bfvlaw.com, mdorsett@bfvlaw.com

Lydia M Hilton

on behalf of Interested Party Osprey SNF Operations  LLC lhilton@bfvlaw.com, mdorsett@bfvlaw.com

Margaret Barajas

jarotz@pa.gov

Mark D. Lefkow

on behalf of Other Prof Fork Union SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Southampton Operator  LLC mlefkow@csvl.law, mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Belmont Bay Operator  LLC mlefkow@csvl.law, mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Staunton SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Alexandria Operator  LLC mlefkow@csvl.law, mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Winchester SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Lawrenceville SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Chelsea Operator LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Westover Hills SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Mark D. Lefkow

on behalf of Other Prof Williamsburg SNF Operations LLC mlefkow@csvl.law  mharris@csvl.law

Matthew R. Brooks

on behalf of Creditor Committee Official Committee of Unsecured Creditors matthew.brooks@troutman.com

Matthew W. Levin

on behalf of Creditor OHI Mezz Lender  LLC mlevin@swlawfirm.com,
fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfir
m.com

Matthew W. Levin

on behalf of Creditor OHI DIP Lender  LLC mlevin@swlawfirm.com,
fharris@swlawfirm.com;centralstation@swlawfirm.com;rwilliamson@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfir
m.com

Michael F. Holbein

on behalf of Creditor Humana Health Plan  Inc. mholbein@sgrlaw.com

Michael F. Holbein

on behalf of Creditor Humana  Inc. mholbein@sgrlaw.com

Michael F. Holbein

District/off: 113E-9                    User: bncadmin                    Page 27 of 28
Date Rcvd: Oct 10, 2024                 Form ID: pdf652                   Total Noticed: 6

Michael F. Holbein
on behalf of Creditor Humana Government Business  Inc. mholbein@sgrlaw.com

Michael F. Holbein
on behalf of Creditor Humana Insurance Company mholbein@sgrlaw.com

Michael F. Holbein
on behalf of Creditor Health Value Management  Inc. DBA Choicecare Network mholbein@sgrlaw.com

Michael G. Farag
on behalf of Creditor Welltower NNN Group  LLC mfarag@gibsondunn.com

Nathan M. Bull
on behalf of Debtor LaVie Care Centers  LLC nbull@mwe.com

Nicolas Stanojevich
on behalf of Creditor American Federation of State  County & Municipal Employees, AFL-CIO nstanojevich@qcwdr.com, Jpalmer@qcwdr.com

Nicolas Stanojevich
on behalf of Creditor United Steelworkers of America nstanojevich@qcwdr.com  Jpalmer@qcwdr.com

Nicolas Stanojevich
on behalf of Creditor United Steel  Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO CLC nstanojevich@qcwdr.com, Jpalmer@qcwdr.com

Nicolette J. Zulli
on behalf of Creditor Chubb Companies njzulli@duanemorris.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Pamela P. Keenan
on behalf of Creditor Carolina Rehabilitation & Surgical Associates  P.A. pkeenan@kirschlaw.com

Paul M. Rosenblatt
on behalf of Creditor LEAF Capital Funding  LLC prosenblatt@kilpatricktownsend.com, ecfnotices@ktslaw.com

Philip L. Rubin
on behalf of Creditor Ana Almonte prubin@lrglaw.com

Pierce Rigney
on behalf of Creditor Committee Official Committee of Unsecured Creditors pierce.rigney@troutman.com

R. Jacob Jumbeck
on behalf of Debtor LaVie Care Centers  LLC jjumbeck@mwe.com

R. Jeneane Treace
on behalf of U.S. Trustee Office of the United States Trustee jeneane.treace@usdoj.gov

Ronald A. Levine
on behalf of Creditor Carolina Rehabilitation & Surgical Associates  P.A. rlevine@levineblock.com, rlevine682@gmail.com

Shane Gibson Ramsey
on behalf of Creditor CREA Brandon-C LLC shane.ramsey@nelsonmullins.com  jada.prendergast@nelsonmullins.com

Shane Gibson Ramsey
on behalf of Creditor Brandon Health OpCo  LLC shane.ramsey@nelsonmullins.com, jada.prendergast@nelsonmullins.com

Steven C. Reingold
on behalf of Creditor AmeriHealth Caritas Health Plan d/b/a AmeriHealth Caritas Pennsylvania steven.reingold@saul.com

Thomas Richelo
on behalf of Creditor Gale Healthcare Solutions  LLC trichelo@richelolaw.com

Thomas D. Richardson
on behalf of Creditor Entergy Mississippi  LLC TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Thomas D. Richardson
on behalf of Creditor Public Service Company of North Carolina Incorporated TRichardson@Brinson-Askew.com  Tdr82454@gmail.com

Thomas D. Richardson
on behalf of Creditor Virginia Electric and Power Company TRichardson@Brinson-Askew.com  Tdr82454@gmail.com

Thomas D. Richardson
on behalf of Creditor Entergy Louisiana  LLC TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Thomas D. Richardson
on behalf of Creditor American Electric Power TRichardson@Brinson-Askew.com  Tdr82454@gmail.com

Thomas R. Walker
on behalf of Creditor CDB Services USA LLC d/b/a weCare Staffing Services thomas.walker@pierferd.com

Thomas T. McClendon

    on behalf of Creditor CAREmasters Healthcare Services LLC tmcclendon@joneswalden.com
    jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas T. McClendon

    on behalf of Creditor CAREmasters Homehealth LLC tmcclendon@joneswalden.com
    jwdistribution@joneswalden.com;bdernus@joneswalden.com

Vivieon K Jones

    on behalf of Creditor United States of America by and through the Internal Revenue Service vivieon.jones@usdoj.gov
    Jocelyn.Lennon@usdoj.gov


TOTAL: 695