

**IT IS ORDERED as set forth below:**

**Date: October 22, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAVIE CARE CENTERS, LLC, *et al.*[1] | ) | Case No. 24-55507 (PMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 473** |
| | ) | |

## ORDER EXTENDING EXCLUSIVE PERIODS
## TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "<u>Motion</u>")[2] of the Debtors filed on September 30, 2024 at Docket No. 473 for entry of an order (this "<u>Order</u>") extending by 90 days the Debtors' exclusive periods

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/lavie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to (i) file a chapter 11 plan, through and including December 30, 2024 (the "Exclusive Filing Period"), and (ii) solicit votes thereon, through and including February 27, 2025 (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods"), without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and the objection deadline with respect to the Motion having been set for October 14, 2024 and it appearing no objections were timely filed in advance thereof; and a hearing (the "Hearing") on the Motion having been scheduled for October 22, 2024 on proper notice to all required parties; and no party having appeared at the Hearing in opposition to the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is extended through and including December 30, 2024.

3. The Exclusive Solicitation Period is extended through and including February 27, 2025.

4. The entry of this Order is without prejudice to the Debtors' right to request further extensions of the Exclusive Periods.

5. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

END OF ORDER

Prepared and presented by:

/s/ *Daniel M. Simon*

**MCDERMOTT WILL & EMERY LLP**
Daniel M. Simon (Georgia Bar No. 690075)
1180 Peachtree Street NE, Suite 3350
Atlanta, Georgia 30309
Telephone:     (404) 260-8535
Facsimile:      (404) 393-5260
Email:            dsimon@mwe.com

- and -

Emily C. Keil (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Catherine Lee (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:            ekeil@mwe.com
                    jjumbeck@mwe.com
                    clee@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*

**Distribution List**

LaVie Care Centers, LLC
c/o Ankura Consulting Group, LLC,
485 Lexington Avenue, 10th Floor,
New York, NY 10017
Attn: M. Benjamin Jones

Daniel M. Simon
McDermott Will & Emery LLP
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309

Emily C. Keil
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Kurtzman Carson Consultants LLC d/b/a Verita Global
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303