IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| **LAVIE CARE CENTERS, LLC**, | : | CASE NO. **24-55507**-PMB |
| | : | |
| Debtor. | : | |
| _____ | : | |

### WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Ana Almonte and hereby withdraws without prejudice its Motion for Relief from Automatic Stay, filed September 11, 2024 (Document No. 417).

This January 27, 2025.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
Attorneys for Movant

By: /s/ Philip L. Rubin
      Philip L. Rubin
      Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

LaVie Care Centers, LLC
1040 Crown Pointe Pkwy
Atlanta, GA 30338

Daniel M. Simon
McDermott Will & Emery LLP
1180 Peachtree St. NE, Ste 3350
Atlanta, GA 30309

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

*and attached Creditor Matrix

This January 27, 2025.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
Attorneys for Movant

By: /s/ Philip L. Rubin
        Philip L. Rubin
        Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com