**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LAVIE CARE CENTERS, LLC, *et al.*[1] | ) ) | Case No. 24-55507 (PMB) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) ) | **Related to Docket Nos. 177, 274, 356, 481, 571, 593, 603, 630, 678, 679, 730, 731, 735, 736** |

**NOTICE OF FOURTH AMENDED PLAN SUPPLEMENT WITH RESPECT TO THE DEBTORS' MODIFIED SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that on June 27, 2024, the United States Bankruptcy Court for the Northern District of Georgia (the "Court") entered the *Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, and (VI) Authorizing the Sale of Assets* [Docket No. 177] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on July 23, 2024, the Debtors filed the *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 274] (the "Original Contract Assumption Notice"), which set forth proposed Cure Payments, if any, necessary for the assumption and assignment of the potentially assumed Executory Contracts and Unexpired Leases listed therein.

**PLEASE TAKE FURTHER NOTICE** that, on August 28, 2024, the Debtors filed the *Notice of Revised List of Potentially Assumed Executory Contracts and Unexpired Leases and Related Cure Costs* [Docket No. 356] (the "Revised Contract Assumption Notice"), which set forth revised Cure Payments and addressed certain informal and formal objections to the same.

---

[1] The last four digits of LaVie Care Centers, LLC's federal tax identification number are 5592. There are 282 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/LaVie. The location of LaVie Care Centers, LLC's corporate headquarters and the Debtors' service address is 1040 Crown Pointe Parkway, Suite 600, Atlanta, GA 30338.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order or the Plan (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2024, LaVie Care Centers, LLC and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 481] in the United States Bankruptcy Court for the Northern District of Georgia (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 21, 2024, the Debtors filed the *Notice of Filing of GUC Trust Agreement with Respect to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 571] (the "GUC Trust Agreement").

**PLEASE TAKE FURTHER NOTICE** that, on October 28, 2024, the Debtors filed the *Notice of Filing of Plan Supplement with Respect to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 593] (the "Original Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2024, the Debtors filed the *Notice of Supplement to Revised List of Potentially Assumed Executory Contracts and Unexpired Leases and Related Cure Costs* [Docket No. 603] (the "Second Revised Contract Assumption Notice").

**PLEASE TAKE FURTHER NOTICE** that, on November 5, 2024, the Debtors filed the *First Amended Plan Supplement with Respect to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 630] (the "First Amended Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that, on November 13, 2024, the Debtors filed (i) the *Second Amended Plan Supplement with Respect to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 678] (the "Second Amended Plan Supplement") and (ii) the *Debtors' Modified Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 679] (as amended, modified, or supplemented, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on November 14, 2024, the Court held a hearing on confirmation of the Debtors' proposed plan of reorganization (the "Confirmation Hearing") and concluded that the Plan satisfied the confirmation requirements set forth in section 1129(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on December 4, 2024, the Debtors filed (i) the *Debtors' Modified Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 730] and (ii) the *Third Amended Plan Supplement with Respect to the Debtors' Modified Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* [Docket No. 731] (the "Third Amended Plan Supplement"), containing the final list of the Debtors' assumed executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that, on December 5, 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order Approving on a Final Basis and Confirming Debtors' Modified Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan*

of Reorganization [Docket No. 735] (the "Confirmation Order") and issued its *Memorandum Decision on Opt Out Third-Party Releases Included in Debtors' Joint Second Amended Plan of Reorganization* [Docket No. 736] (the "Release Opinion").

**PLEASE TAKE FURTHER NOTICE** that, in order to consummate the transactions contained in the confirmed Plan and facilitate the transition process to the Reorganized Debtors, the Debtors believe that it is necessary for them to assume one additional executory contract—specifically, a PointClickCare.com subscription service agreement by and between PointClickCare Technologies, Inc. and Debtor LaVie Care Centers, LLC (the "PointClickCare Contract").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Fourth Amended Plan Supplement with Respect to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization* (the "Fourth Amended Plan Supplement," and collectively with the Original Plan Supplement, the First Amended Plan Supplement, the Second Amended Plan Supplement, and the Third Amended Plan Supplement, the "Plan Supplement"), containing the following:

| **Exhibit** | **Description** |
| --- | --- |
| Exhibit M | Additional Schedule of Assumed Executory Contracts |

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Original Plan Supplement, the First Amended Plan Supplement, the Second Amended Plan Supplement, the Third Amended Plan Supplement, the Fourth Amended Plan Supplement, the Confirmation Order, and all other documents and materials filed in the above-captioned chapter 11 cases may be examined by any party-in-interest at the Debtors' case website (https://www.veritaglobal.net/LaVie). Such documents may also be obtained by written request to Verita Global (the "Voting Agent") by clicking the "Submit an Inquiry" option at https://veritaglobal.net/lavie/inquiry or by telephoning the Voting Agent at (877) 709-4750 (toll-free, U.S. or Canada) or (424) 236-7230 (International).

*[Remainder of Page Intentionally Left Blank]*

3

Dated: March 18, 2025  **MCDERMOTT WILL & EMERY LLP**
       Atlanta, Georgia

<u>*/s/ Daniel M. Simon*</u>
Daniel M. Simon (Georgia Bar No. 690075)
1180 Peachtree St. NE, Suite 3350
Atlanta, Georgia 30309
Telephone:    (404) 260-8535
Facsimile:    (404) 393-5260
Email:        dsimon@mwe.com

- and -

Emily C. Keil (admitted *pro hac vice*)
Catherine Lee (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        ekeil@mwe.com
              clee@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*

4

## EXHIBIT M

### Additional Schedule of Assumed Executory Contracts[1]

| Case Number | Debtor | Contract Counterparty | Address | Description | Cure Amount |
|---|---|---|---|---|---|
| 24-55507 | LaVie Care Centers, LLC | PointClickCare Technologies, Inc. | 5570 Explorer Drive Mississauga, ON L4W 0C4 Attn: Cory Fosco | PointClickCare Subscription Services Agreement | $0.00 |

---

[1] Inclusion of any document on the following schedule shall not constitute or be deemed to be a determination or admission by the Debtors or any other party that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are being expressly reserved.